

**Spinella & Associates**
ATTORNEYS AT LAW

One Lewis Street
Hartford, Connecticut 06103

Robert Lee
Town of Plainville
Town Manager
1 Central Square
Plainville, CT 06062

April 2, 2009

*Certified Mail / Return Receipt Requested*

## NOTICE OF INTENT TO COMMENCE CIVIL ACTION

In accordance with the laws of the State of Connecticut, including Conn. Gen. Stat. § 7-465, **NOTICE** is hereby given that Maryanne Zadrowski and her mother Barbara Zadrowski, at all times herein mentioned Connecticut residents, intend to bring a civil action against the Town of Plainville, and its employees listed below, because of damage to person and property, and deprivation of civil rights guaranteed under the United States Constitution, the Connecticut Constitution, and the laws of the State of Connecticut, sustained as result of the false arrest / malicious prosecution, unreasonable search/seizure, by members of the Plainville Police Department.

**Date/Time of Incident:** Approximately midnight on or around October 27, 2008.

**Place of Incident:** 129 Shuttle Meadow Road
Plainville, CT 06062

**Claim:** At the above date, time, and place, members of the Plainville Police Department wrongfully, and without legal justification or cause falsely arrested the Claimants, conducted unreasonable searches/seizures of the person and their property, used unreasonable and excessive force, and violated other rights guaranteed to the Claimant by the United States Constitution, the Connecticut Constitution, and the laws of the State of Connecticut.

Specifically at the above date, time, and place, members of the Plainville Police Department arrived at the place of incident in response to a call for assistance. Once on the scene, the officers arrested a family member without cause. Upon inquiring as to the reason for the arrest, one or more of the officers violently grabbed the neck of Maryanne Zadrowski; chocking her, causing her pain and physical injury. Other officers then ransacked the home of Barbara Zadrowski, at one point threatening to throw her to the ground.

This all occurred while other members of the Plainville Police Department stood idle and failed to intervene as the Claimants rights were being violated.

Telephone: 860.728.4900 ♦ Fax: 860.728.4909 ♦ Email: attorneys@spinella-law.com ♦ www.spinella-law.com

All of these actions were committed without legal justification or cause, in violation of the rights guaranteed to the Claimant by the United States Constitution, the Connecticut Constitution, and the laws of the State of Connecticut.

**Person Suffering Damage:** Maryanne Zadrowski and Barbara Zadrowski

**Injuries:** Personal injuries including but not limited to the following: physical injury, lost wages, emotional distress, anxiety, depression, humiliation, loss of enjoyment of life's activities, loss of reputation, post-traumatic stress syndrome, and fear for his own safety. Some of which injuries and concerns are permanent in nature.

**Persons Responsible:**  Town of Plainville
Chief Daniel Coppinger
Sergeant Dean Cyr
One or more John Doe officers

**Alleged Violations:** Among other things, violations of the United States and Connecticut Constitutions, and violation of the laws of the State of Connecticut including negligence, recklessness, assault/battery, false imprisonment, malicious prosecution, as well as negligent and intentional infliction of emotional distress.

Dated at Hartford, Connecticut this   day of April 2009.

THE CLAIMANT

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Plainville, CT 06103
860.728.4900 - Tel
860.728.4909 - Fax
Juris No. 413617

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Robert Lee
Street, Apt. No.; or PO Box No. 1 Central Square
City, State, ZIP+4 Plainville, CT 06062

7007 2560 0003 1473 6193

PS Form 3800, August 2006  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert Lee
   Town of Plainville
   1 Central Square
   Plainville, CT 06062

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
             ☒ Addressee

B. Received by ( Printed Name ) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

   7007 2560 0003 1473 6193

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540