UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARYANNE ZADROWSKI, | : | |
| | : | |
| Plaintiff, | : | NO. 3:09 CV 1367 (MRK) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF PLAINVILLE, ET AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_    All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_    A ruling on all pretrial motions except dispositive motions

\_\_\_    To supervise discovery and resolve discovery disputes

\_\_\_    A ruling on the following motions which are currently pending: Doc. #[\_\_]
_____

  X    A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

\_\_\_    A conference to discuss the following: _____

\_\_\_\_    Other: _____

SO ORDERED this 19th day of May, 2010, at New Haven, Connecticut.


/s/     Mark R. Kravitz
United States District Judge