UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARYANNE ZADROWSKI<br>      Plaintiff | CIVIL ACTION NO.<br>3:09-CV-1367 (DJS) |
| VS. | |
| TOWN OF PLAINVILLE, ET AL..<br>      Defendants | JUNE 10, 2011 |

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a), the Defendants hereby moves this Court for entry of an order of summary judgment in its favor as to all counts of the Plaintiff's Complaint, dated August 14, 2009. A Memorandum of Law and Statement of Undisputed Facts are attached hereto.

BY  /s/ Russell N. Jarem
Russell N. Jarem/Fed. Bar No. ct27848
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
Tel: (860)525-5361
Fax: (860)525-4849
Email: rjarem@gmflaw.com