EXHIBIT B

{00564010.DOC}

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------
                                      :   CIVIL ACTION NO.
MARYANNE ZADROWSKI                    :   3:09-CV-1367-MRK
                                      :
vs.                                   :
                                      :
TOWN OF PLAINVILLE, ET AL             :
                                      :   SEPTEMBER 10, 2010
---------------------------------------

DEPOSITION OF:  RICHARD BRIGHT

APPEARANCES:

    LAW OFFICES OF A. PAUL SPINELLA
        Attorneys for the Plaintiff
        One Lewis Street
        Hartford, CT 06103
    BY:  A. PAUL SPINELLA, ESQ.

    GORDON, MUIR & FOLEY, LLP
        Attorneys for the Defendants
        Ten Columbus Bouulevard - 3rd Floor
        Hartford, CT 06106
    BY:  JON BERK, ESQ.

IN ATTENDANCE:

Maryanne Zadrowski

Christine E. Borrelli
Connecticut License No. 117
Registered Merit Reporter

NIZIANKIEWICZ & MILLER REPORTING SERVICES

### Page 2

...... Deposition of RICHARD BRIGHT, a witness, taken on behalf of the Defendants, in the herein before entitled action, pursuant to the Federal Rules of Civil Procedure, before Christine E. Borrelli, duly qualified Notary Public in and for the State of Connecticut, held at the Law Offices of Gordon, Muir & Foley, LLP, Ten Columbus Boulevard, Hartford, Connecticut, commencing at 1:30 p.m. on Friday, September 10, 2010.

STIPULATIONS

It is hereby stipulated and agreed by and among counsel for the respective parties that all formalities in connection with the taking of this deposition, including time, place, sufficiency of notice, and the authority of the officer before whom it is being taken may be and are hereby waived.

It is further stipulated and agreed that objections other than as to form are reserved to the time of trial.

It is further stipulated and agreed that the reading and signing of the deposition transcript by the deponent is hereby not waived.

It is further stipulated and agreed that the proof of the qualifications of the Notary Public before whom the deposition is being taken is hereby waived.

### Page 3

INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Richard Bright | 4 | 31 | 31 | |

EXHIBIT                PAGE:

### Page 4

RICHARD BRIGHT, called as a witness by the Defendants, having first been duly sworn by the Notary, was examined and testified on his oath as follows:

DIRECT EXAMINATION BY MR. BERK:

Q. Would you state your name and current address?
A. Richard Bright, 1701 Waterbury Road, Terryville, Connecticut.
Q. Before giving your testimony, did you meet with Attorney Spinella?
A. Uh-huh.
Q. And did you discuss any facts of this case?
A. Uh-huh.
   MR. SPINELLA: Did he what?
   MR. BERK: Discuss any facts of the case.
Q. (By Mr. Berk) You have to answer audibly.
A. Yes.
Q. And what facts did you discuss?
A. About the case.
Q. Well, you had the conversation three minutes ago.
A. What, just now?
Q. Yes.
A. He asked me about that night.
Q. But you just had that conversation.

### Page 5

A. Yeah, just now.
Q. What did you discuss with him?
A. If I saw anything prior to what happened.
Q. And what did you tell him?
A. I was arrested in the back of the car, so I didn't witness it.
Q. Did he discuss any other facts with you?
A. No.
Q. Did he discuss about whether the gun was loaded or unloaded?
A. Yes.
Q. That's why I was asking what else did he discuss with you. What did he tell you about that?
A. He asked me if I knew if it was loaded or not, and I told him I had no idea if it was.
Q. Now, you were in prison for a short period of time?
A. Yep.
Q. And what was the charge?
A. Violation of probation.
Q. And what were you on probation for?
A. Burglary.
Q. What degree?
A. Third, I believe.
Q. Did you plead guilty to that, or was there a

Page 6

1  trial?
2  A. I pled guilty.
3  Q. And what were the facts of that burglary?
4  A. That I robbed someone.
5  Q. Can you be any more specific?
6  A. I stole out of someone's house.
7  Q. Now, is that the only time you have been in
8  prison?
9  A. I got arrested in '08 for burglary again. It
10 was -- but I was stealing out of cars.
11 Q. You were what?
12 A. I stole something out of a car and I got arrested
13 and I got bonded out.
14 Q. Okay.
15 A. And then I was on -- that was my case. And then I
16 got caught in the other burglary and that was all together,
17 and then that's what I got the probation for.
18 Q. And are any current charges pending against you?
19 A. Nope.
20 Q. Are you currently working?
21 A. Nope.
22 Q. Are you currently going to school?
23 A. Yep.
24 Q. And where are you going to school?
25 A. Tunxis Community College.

Page 7

1  Q. Now, what I would like to do is talk to you about
2  an incident that occurred back in October of 2008. Do you
3  remember a period time where you were staying with your
4  grandmother and your uncle?
5  A. Yes.
6  Q. And do you know why you were staying with them?
7  A. I was there to help my uncle with some things
8  around the farm, and to, like, try to better myself, stay
9  away from drugs and alcohol.
10 Q. And were you having problems with drugs and
11 alcohol?
12 A. Yep.
13 Q. Just to speed this up, your uncle has testified
14 that you came home one night with some of your friends.
15 A. Yep.
16 Q. What was your condition when you came home that
17 night?
18 A. Drunk.
19 Q. Had you done any drugs?
20 A. Marijuana.
21 Q. And who did you get the marijuana from?
22 A. Someone on the street.
23 Q. Did you have any marijuana on you when you
24 returned to your uncle's house?
25 A. Yes.

Page 8

1  Q. And where was it?
2  A. In my pocket, front pocket.
3  Q. And did you come back with any alcohol?
4  A. Yep.
5  Q. What did you come back with?
6  A. A pint of vodka.
7  Q. And where was that?
8  A. I threw it when the cops showed up.
9  Q. Threw it where?
10 A. I don't remember. I just threw it, got rid of it.
11 Q. And what did you do with the marijuana, if
12 anything?
13 A. I forgot I had it on me.
14 Q. All right. Who were your friends that you were
15 staying with? I mean -- withdrawn. Who were the friends
16 that you were with?
17 A. Some kids from school.
18 Q. Do you remember their names?
19 A. Marcheen (phonetic).
20 Q. I'm sorry?
21 A. Marcheen. I don't even know how to spell it.
22 Q. Is that a first or last name?
23 A. First.
24 Q. Do you know the last name?
25 A. Nope.

Page 9

1  Q. Who else were you with?
2  A. Him.
3  Q. Just him?
4  A. Yep.
5  Q. Did you have a driver's license?
6  A. Nope.
7  Q. Do you have a driver's license now?
8  A. Nope.
9  Q. And why is that?
10 A. Because it was suspended, and then I was
11 incarcerated. So when I got out, I couldn't get it, but now
12 I'm going to be seeking it.
13 Q. And why was your license suspended?
14 A. Because I was driving without one, and they
15 suspended me from getting it.
16 Q. All right. So when you came home that night, you
17 were under the influence of alcohol and drugs?
18 A. Yep.
19 Q. And how long did Marcheen stay with you?
20 A. Thirty minutes.
21 Q. And were you with your uncle at that point?
22 A. Yep.
23 Q. And where were you?
24 A. In the garage.
25 Q. And what were you guys discussing in the garage?

Page 10

1  A. Just having a talk, normal talk, discussing about
2  tractors, motorcycles.
3  Q. Did your uncle at any point say that he was not
4  happy with having one of your friends over without asking?
5  A. Yeah. He said that after they left.
6  Q. They left. Who is the other person?
7  A. Well, him, my friend, Marcheen.
8  Q. Was there only one, because your uncle said there
9  was more than one?
10  A. Yeah. I don't remember, but I just remember him
11  being with me.
12  Q. All right. While your friend was over, the
13  conversation was fine with your uncle?
14  A. Yeah.
15  Q. Did it change at one point?
16  A. Once they left.
17  Q. And how did it change?
18  A. He said that I know that I shouldn't be bringing
19  people over there that he don't know, and he was just giving
20  me a lecture.
21  Q. He gave you a lecture, and what was your response?
22  A. I don't really remember. I wasn't happy, I know
23  that.
24  Q. Did you threaten to do anything?
25  A. Not at that point, no.

Page 11

1  Q. Well, what happened next?
2  A. He gestured a gun at me.
3  Q. There had to be something that started that all.
4  A. Yeah, because I wasn't happy with my life. I was
5  talking personal things.
6  Q. And did you threaten to kill yourself?
7  A. Yeah, when I called my mom.
8  Q. When did you call your mom?
9  A. After I got in an argument with my uncle.
10  Q. When you got what?
11  A. After I was done arguing with my uncle.
12  Q. All right. And why did you call your mom?
13  A. Because I got into an argument with my uncle.
14  Q. And what was the purpose of calling your mother?
15  A. Because I didn't want to be there anymore.
16  Q. And what did your mother say?
17  A. I don't even remember.
18  Q. Did your mother say she would come and pick you
19  up?
20  A. She said she's on her way here, or there.
21  Q. Huh?
22  A. She said she was on her way there, so I figured
23  that's why, she was coming to get me.
24  Q. Was she coming to get you because of your call?
25  A. She told me she was on her way there. I don't

Page 12

1  know if it was because of my call or because of my uncle's
2  call, but she said she was on her way there.
3  Q. When did you learn your uncle called?
4  A. Later on, like a couple months ago like.
5  Q. Who told you that?
6  A. Just listening to my family.
7  Q. Who in your family were you listening to?
8  A. Everybody.
9  Q. Who is "everybody"?
10  A. I don't know who was present. Everyone that is in
11  any family and that I was at the house with.
12  Q. That you what? I'm sorry. I didn't hear you.
13  A. I just overheard it from family members --
14  Q. Okay.
15  A. -- just conversations. I wasn't --
16  Q. Was Amber involved in that conversation?
17  A. No.
18  Q. Well, who was involved in one of the
19  conversations?
20  A. The adults.
21  Q. And where did this conversation take place?
22  A. I don't even remember.
23  Q. Was your grandmother present?
24  A. I don't remember.
25  Q. Was your mother present?

Page 13

1  A. I think so.
2  Q. Was your uncle present?
3  A. Yeah, probably.
4  Q. Was Joey present?
5  A. No.
6  Q. And what do you recall him saying?
7  A. I recall who saying what?
8  Q. About whether your mother was responding to --
9  that you learned that your uncle had called your mother?
10  A. Yeah. That's what I learned.
11  Q. I was just asking who was there.
12  A. I don't --
13  Q. Let's go back. Your uncle said he didn't like you
14  bringing people over that he didn't know. When did the
15  conversation turn to the point where you said you were going
16  to shoot yourself?
17  A. Not too long after that, within ten minutes.
18  Q. What did you say to your uncle?
19  A. I don't remember. I was intoxicated. I don't
20  remember half the shit.
21  Q. Do you recall telling your uncle you were going to
22  shoot yourself?
23  A. Yeah.
24  Q. And do you recall what your uncle said back to
25  you?

NIZIANKIEWICZ & MILLER REPORTING SERVICES

a37ad7c0-236b-432a-83fb-3387efa8f97f

Page 14

1   A. He said that -- well, there was -- here's a gun,
2 kill yourself.
3   Q. Do you recall ever saying that, "Walter told me
4 that I should fucking shoot myself in the fucking head"?
5   A. Probably.
6   Q. Were you upset?
7   A. Yeah.
8   Q. Were you angry?
9   A. At myself, yeah.
10  Q. Were you in control or out of control?
11  A. Out of control.
12  Q. When the police arrived, were you still
13 intoxicated?
14  A. Yep.
15  Q. Were you still out of control?
16  A. Yep, even more.
17  Q. At one point, your uncle went in the house?
18  A. Yep. After the argument when I went and called my
19 mom, that's when he went in the house.
20  Q. Did you call your mom from the outside?
21  A. Yeah, from my cell phone.
22  Q. And your uncle was inside the house?
23  A. Yep.
24  Q. And did you call your mom directly after?
25  A. As soon as I went outside, I went. I was going to

Page 15

1 walk somewhere. I don't even know.
2   Q. The garage, do you know if it was locked or
3 unlocked?
4   A. If it's locked or unlocked?
5   Q. When you were there?
6   A. When I was there. He was already in there, and I
7 believe it was locked once he came out.
8   Q. All right. And did your mother arrive at one
9 point?
10  A. Yeah.
11  Q. And did you see her arrive?
12  A. Yeah.
13  Q. Did she have anyone with her?
14  A. My brother and his girlfriend at the time.
15  Q. That's Joey?
16  A. Yeah.
17  Q. And the girlfriend's name is Brittany?
18  A. Yeah.
19  Q. Do you know what her last name is?
20  A. D'Angelese (phonetic).
21  Q. Did you know where she lives?
22  A. Somewhere in Terryville. I don't know the street.
23  Q. Have you seen her since this incident?
24  A. Yeah.
25  Q. Where have you seen her?

Page 16

1   A. She came over to see my sister's baby.
2   Q. That's your sister Amber?
3   A. Yeah.
4   Q. And do you know if she lives with her parents or
5 is she out on her own?
6   A. Her parents.
7   Q. Is she good friends with Amber?
8   A. Yeah.
9   Q. Is she still dating Joey?
10  A. No.
11  Q. Have you ever dated her?
12  A. No.
13  Q. Do you know why she and Joey broke up?
14  A. I have no idea.
15  Q. So your mother arrives with Joey and his
16 girlfriend. Do you remember where she parked her car?
17  A. Yeah, in the back.
18  Q. Where were you at this point?
19  A. I don't know if I was still in the front or if I
20 went back there. I don't remember.
21  Q. Well, did you come over to talk to your mother?
22  A. I think so.
23  Q. And what did you say to her?
24  A. Why are the fucking cops here, something like
25 that.

Page 17

1   Q. And what did your mother say back to you?
2   A. I don't remember.
3   Q. What did your mother say next to you?
4   A. I don't know.
5   Q. What is the next thing that you can recall her
6 saying to you?
7   A. Next thing -- the next thing that I remember that
8 happened was the cops in my uncle's face.
9   Q. And where were you standing?
10  A. By the car, like behind it, in front of it.
11  Q. We have this diagram which we have previously
12 marked in your uncle's deposition. Just generally now, I'm
13 not saying it's precise --
14  A. Over here. Here's the stairs, the stairs. I was
15 around this area.
16  Q. Behind the car?
17  A. Yeah.
18  Q. And where was your mother at this point?
19  A. By the stairs with my uncle and the two or three
20 officers.
21  Q. And did you overhear any of that conversation?
22  A. I'm sure I did, but I don't remember it.
23  Q. Where you were standing, was there any officer by
24 you?
25  A. No.

5 (Pages 14 to 17)

Page 18

1  Q. After your mother had this conversation with the
2  officer at the back of the house, was Walter part of that
3  conversation?
4  A. I think so.
5  Q. And after that conversation with the officers, did
6  you speak with your mother again before being arrested?
7  A. Yeah.
8  Q. What?
9  A. Yeah.
10 Q. When did you speak to her?
11 A. Right after they were arresting Wally.
12 Q. Where was the conversation taking place with
13 Walter?
14 A. The conversation between him and the cops?
15 Q. Yeah.
16 A. Right by the back stairs.
17 Q. And was your mother standing there?
18 A. Yeah.
19 Q. So she was part of the group?
20 A. Yeah.
21 Q. Did you overhear any of that conversation?
22 A. I just said that I don't remember. Probably did,
23 yeah, but I don't remember any of it.
24 Q. All right. And then after that conversation was
25 over, what happened next?

Page 19

1  A. They brought Wally to the cruiser.
2  Q. Did they handcuff him?
3  A. Yeah. Well, yeah. They handcuffed him, of
4  course, then they brought him to the cruiser.
5  Q. And did you say or do anything?
6  A. Yeah. I was flipping out on them. I said --
7  Q. Flipping out on --
8  A. -- if you're arresting him, you're arresting me,
9  too. I remember that.
10 Q. Okay.
11 A. Because they had no reason to arrest him.
12 Q. Did you start walking down the driveway?
13 A. Yeah, towards the cop because they weren't coming
14 to me, and I was the reason why they were there.
15 Q. And where was your mother at this point?
16 A. I don't know. Still around me somewhere.
17 Q. Was she walking down the driveway with you?
18 A. I think so.
19 Q. And how far down the driveway did you go?
20 A. Before I left her?
21 Q. Yes.
22 A. Probably like halfway.
23 Q. Where did your mother go?
24 A. I have no idea. I was brought to the cop car.
25 Q. Well, where were you arrested?

Page 20

1  A. When I was walking to the cop.
2  Q. Okay.
3  A. Right after they arrested Wally, I said, I'm going
4  to get arrested, too, if you're going to take him.
5  Q. Okay.
6  A. And that's when I walked halfway down the driveway
7  to the cop and that's when they handcuffed me and they said,
8  All right. Then you're going. They had no intention of
9  even arresting me even after they got my marijuana or
10 anything.
11 Q. Where were you when they found the marijuana?
12 A. Right there in the back.
13 Q. But were you in the back, or were you in the
14 driveway?
15 A. Driveway. It's all driveway. The whole back,
16 everything is driveway. I don't remember exactly where I
17 was standing. Alls I know is when I got -- when I said I'm
18 getting -- you're arresting me, too, they searched me. They
19 took my marijuana. And I was sweating because I didn't even
20 remember I had it. I thought I was definitely going to jail
21 now, and then they brought me down to the station, and I
22 never even got charged for it. And then I remember waking
23 up in the hospital.
24 Q. Do you know what officer searched you?
25 A. No.

Page 21

1  Q. When you were arrested, were you handcuffed?
2  A. Yep.
3  Q. How many officers were by you when you got
4  arrested?
5  A. A lot.
6  Q. Well, where generally were you arrested, were you
7  arrested up at the garage area?
8  A. Like halfway.
9  Q. Halfway down the driveway?
10 A. Yeah.
11 Q. And when you were arrested, your mother wasn't
12 with you?
13 A. Yeah, she was.
14 Q. Where was she?
15 A. She was walking up with me --
16 Q. Okay.
17 A. -- halfway, then that's when I put my hands out,
18 You're arresting me. And that's when they took me. And
19 then I didn't see my mom after that for -- until I got home
20 a month later, whatever it was.
21 Q. So your mother was standing right next to you when
22 you were arrested?
23 A. Yeah, I believe so.
24 Q. And how many officers were there when you were
25 arrested?

NIZIANKIEWICZ & MILLER REPORTING SERVICES

a37ad7c0-236b-432a-83fb-3387efa8f97f

Page 22

1  A. I don't remember. There was a lot of cops there.
2  More than needed.
3  Q. Do you know if your mother called those police?
4  A. I think she did, yeah.
5  Q. Did you have a conversation with your mother,
6  yourself and two police officers?
7  A. I don't remember.
8  Q. Do you remember a lieutenant or sergeant coming to
9  the property?
10 A. I don't know who was who.
11 Q. Okay.
12 A. I just saw cops.
13 Q. Your mother walked halfway down, and the only time
14 she left you was after you were arrested --
15 A. Uh-huh.
16 Q. -- is that correct?
17 A. Yeah.
18 Q. And then did you see your mother walk back?
19 A. No, because I was too busy fighting off with the
20 cops.
21 Q. Too busy what? Fighting off?
22 A. Yeah.
23 Q. What do you mean "fighting off"?
24 A. Arguing with the cops.
25 Q. Were you using profanity towards the cops?

Page 23

1  A. Yeah.
2  Q. And do you recall what you said?
3  A. No, but I said a lot of mean shit.
4  Q. Do you recall telling one of the officers you were
5  going to fuck him up?
6  A. Yeah.
7  Q. Did you tell him you were going to find out where
8  he lived and you were going to fuck up his family?
9  A. Yeah.
10 Q. So you continued to be out of control?
11 A. Yeah.
12 Q. After you were arrested, did you see your uncle?
13 A. At the precinct.
14 Q. Did you see him in one of the cruisers?
15 A. No.
16 Q. So after you were arrested and your mother left
17 you, that's the last time you saw your mother until you were
18 in the hospital?
19 A. Yeah.
20 Q. Do you remember where Joey was?
21 A. I have no idea where he was.
22 Q. Do you know where Brittany was?
23 A. I paid no attention to them.
24 Q. Have you talked to Joey about what happened?
25 A. Not really, because I really -- I try not to even

Page 24

1  bring that night up because that was one of my worst
2  downfalls in my life.
3  Q. Do you recall speaking at the officers?
4  A. Speaking at them?
5  Q. Speaking with them.
6  A. I was speaking to a lot of cops, mostly yelling.
7  Q. Do you recall your mother yelling to the police
8  officers that you said you were going to kill yourself?
9  A. No.
10 Q. Is that because she didn't say that, or you just
11 don't remember because of the alcohol?
12 A. I don't think she said it.
13 Q. Did you say -- in the police report it says,
14 "Bright stated his uncle, Walter Zadrowski, and he got into
15 an argument this evening." Is that true?
16 A. Yeah.
17 Q. "Bright stated he told his uncle that his life
18 sucks."
19 A. Yeah.
20 Q. "And that he just wanted to kill himself."
21 A. Yeah.
22 Q. So that's all true?
23 A. Yeah.
24 Q. Do you know why you were taken to the hospital?
25 A. Because I was intoxicated.

Page 25

1  Q. Had you ever been to that hospital before?
2  A. Yeah, I was born there.
3  Q. Had you ever been treated for heart problems
4  there?
5  A. Yeah -- no. When I was there, they looked at my
6  heart and they were giving me my medication for it, but I
7  was never treated.
8  Q. You have a heart medication?
9  A. Yeah.
10 Q. And when did you start taking that?
11 A. When I turned 18, like.
12 Q. Do you still take it?
13 A. Yeah.
14 Q. And who is your cardiologist?
15 A. I don't remember his name.
16 Q. Was anyone at the hospital treating you for the
17 heart condition?
18 A. They were giving me my medication, my daily
19 medication.
20 Q. And you don't remember what that is?
21 A. Atenolol.
22 Q. What?
23 A. Atenolol.
24 Q. Were you mad at your uncle that night?
25 A. Mostly mad at myself.

7 (Pages 22 to 25)

Page 26

1  Q. Were you mad at your uncle?
2  A. Yeah.
3  Q. Were you ever in the car with your mother driving
4  to a Getty station?
5  A. No.
6  Q. Did you hear that evening at any time your mother
7  yelling or using profanity?
8  A. No.
9  Q. What happened to the charges that were brought
10 against you by this incident?
11 A. I don't even know what charges I got from the
12 incident. I don't even remember.
13 Q. Well, did you have to go to court?
14 A. I had -- I was getting into so much trouble around
15 that time period that everything I did was all in one case,
16 and I don't even remember. The case dropped, everything I
17 had except for the burglary. So I don't really remember any
18 of my charges.
19 Q. Do you remember who represented you, the attorney?
20 A. Peter Soulsby. Actually, no. No, Susan Neurocki
21 because I couldn't use Peter Soulsby.
22 Q. And why is that?
23 A. Because he was representing my uncle.
24 Q. What was he representing your uncle for, these
25 charges?

Page 27

1  A. Yeah, for this. That's why I couldn't use him.
2  Q. Do you remember ever having a one-on-one
3  conversation with any police officer?
4  A. No.
5  Q. Did you recall you and your mother having a
6  one-on-one conversation with two police officers?
7  A. No.
8  Q. Do you ever have any conversations after this
9  incident with your mother as to what she said the police
10 officer did to her?
11 A. Yeah.
12 Q. When did those take place?
13 A. As soon as I got out of the hospital.
14 Q. Do you recall what she said to you?
15 A. Yeah. She told me what happened, that the cop
16 choked her.
17 Q. Did she end up giving you more detail than that?
18 A. The cop choked her for trying to call her lawyer,
19 that's all I know.
20 Q. Do you know if whether she -- and pardon me. I
21 know I asked a variation of this question. When you were
22 physically arrested, put in cuffs, was your mother right
23 next to you?
24 A. I believe so.
25 Q. Did you know that there were guns in the house?

Page 28

1  A. Yeah.
2  Q. Did you know where those were kept?
3  A. No.
4  Q. Did your uncle say to you, with respect to the
5  gun, Here, if you want to kill yourself, here?
6  A. No.
7  Q. Are you saying --
8  A. He gestured a gun. He didn't attempt to hand me a
9  gun.
10 Q. No. I'm asking you if he said -- do you recall
11 him saying, Here, if you want to kill yourself, here?
12 A. No. He didn't say "here." He said, If you want
13 to kill yourself, there is a gun.
14 Q. Since this incident, have you apologized to your
15 uncle?
16 A. Yeah.
17 Q. And did you understand your uncle was trying to
18 teach you a lesson?
19 A. Yeah.
20 Q. Do you recall if you said to the officers, You're
21 a bitch. You're a fucking pig. I'll fuck you up right now?
22 A. Me saying that?
23 Q. To one of the officers, yes.
24 A. Yeah.
25 Q. And did you continue to yell and scream

Page 29

1  obscenities at the police?
2  A. I continued yelling and screaming until I was put
3  in the hospital.
4  Q. This is a statement your uncle has given. Have
5  you ever seen this before?
6  A. No.
7  Q. Have you ever been made aware that down at the
8  bottom of the statement where it says, "I have a .22 rifle
9  in my garage which I keep by my workbench unloaded. I took
10 the rifle off the bench and held it in front of Richard. I
11 said, Here, is this what you want? I was not trying to hurt
12 him. I was only trying make him think about what he was
13 saying." Is that accurate from what you can remember?
14 A. No.
15 Q. Do you remember everything that was said that
16 night?
17 A. No.
18 Q. What do you believe is inaccurate?
19 A. On this?
20 Q. Yeah, from what I just read you.
21 A. Him handing it like that.
22 Q. Did you ever discuss with anyone that you had to
23 go to Hartford and get a gun?
24 A. Yeah.
25 Q. Who did you discuss that with?

Page 30

1   A. My mom.
2   Q. And when was that?
3   A. When I called her.
4   Q. What did you say to her?
5   A. I said, I feel like killing myself. I'm going to
6   go to Hartford and get a gun.
7   Q. All right. And where in Hartford were you going
8   to get a gun?
9   A. I don't know, the corner.
10  Q. How were you going to get there?
11  A. I don't know. I had no intentions. I was just
12  intoxicated, dumb.
13  Q. Should your mother have been concerned about the
14  threats you were making about yourself?
15  A. Any parent would be.
16  Q. Including your mother?
17  A. Yeah.
18      MR. BERK: I don't have anything further.
19  Mr. Spinella may have some questions.
20      MR. SPINELLA: No. I don't have anything else.
21      MARYANNE ZADROWSKI: Ask him this.
22      MR. SPINELLA: I may have one question.
23      MR. BERK: Well, Maryanne has a question, you
24  mean.
25

Page 31

1       CROSS-EXAMINATION BY MR. SPINELLA:
2
3   Q. There was a question about you finding the cops
4   and their family and hurting them, I think. Was that asked
5   of you?
6   A. Yeah. He asked if I was going to go and --
7   Q. Where were you when you said that?
8   A. Back at the car.
9   Q. You were in the cruiser?
10  A. Going to the car right or before I went in it. I
11  don't remember. I was yelling through the car a lot, too.
12  I didn't try to break the back window.
13  Q. And do you know what happened with the marijuana
14  that was found?
15  A. Cop took it.
16      MR. SPINELLA: I don't have anything further.
17
18      REDIRECT EXAMINATION BY MR. BERK:
19
20  Q. Can you give me a description or any indicator of
21  the cop that took it?
22  A. I can't.
23      MR. BERK: Thank you, sir.
24
25      (Deposition concluded at 2:10 p.m.)

Page 32

CERTIFICATE

I, Christine E. Borrelli, a Notary Public and Licensed Court Reporter for the State of Connecticut, do hereby certify that the deposition of RICHARD BRIGHT, was taken before me pursuant to the Federal Rules of Civil Procedure at the Law Offices of Gordon, Muir & Foley, LLP, Ten Columbus Boulevard, Hartford, Connecticut, commencing at 1:30 p.m. on Friday, September 10, 2010.

I further certify that the witness was first sworn by me to tell the truth, the whole truth, and nothing but the truth, and was examined by counsel, and his testimony was stenographically reported by me and subsequently transcribed as herein before appears.

I further certify that I am not related to the parties hereto or their counsel, and that I am not in any way interested in the events of said cause.

Witness my hand this 20th day of September, 2010.

_____
Christine E. Borrelli
Notary Public
CT License No. 117

My Commission Expires:
June 30, 2011

Page 33

CERTIFICATE OF DEPONENT

I, RICHARD BRIGHT, have read the foregoing transcript of the testimony given at the deposition on Friday, September 10, 2010, and it is true and accurate to the best of my knowledge and/or with the changes as noted in the attached errata sheet.

_____
Richard Bright

Subscribed and sworn to before me this _____
day of _____, 2010.

_____
Notary Public
My Commission Expires:

CIVIL ACTION NO: 3:09CV-1367-MRK
MARYANNE ZADROWSKI v. TOWN OF PLAINVILLE, ET AL
RICHARD BRIGHT (PM) SEPTEMBER 10, 2010

CB