EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| _____ | : | CIVIL ACTION NO. |
| MARYANNE ZADROWSKI | : | 3:09-CV-1367-MRK |
|  | : |  |
| vs. | : |  |
|  | : |  |
| TOWN OF PLAINVILLE, ET AL | : |  |
| _____ | : | SEPTEMBER 10, 2010 |

DEPOSITION OF:  WALTER ZADROWSKI

APPEARANCES:

    LAW OFFICES OF A. PAUL SPINELLA
        Attorneys for the Plaintiff
        One Lewis Street
        Hartford, CT 06103
    BY:   A. PAUL SPINELLA, ESQ.

    GORDON, MUIR & FOLEY, LLP
        Attorneys for the Defendants
        Ten Columbus Bouulevard – 3rd Floor
        Hartford, CT 06106
    BY:   JON BERK, ESQ.

IN ATTENDANCE:

Maryanne Zadrowski

Christine E. Borrelli
Connecticut License No. 117
Registered Merit Reporter

NIZIANKIEWICZ & MILLER REPORTING SERVICES

Page 2

1 . . . . . . Deposition of WALTER M. ZADROWSKI, a witness,
2 taken on behalf of the Defendants, in the herein before
3 entitled action, pursuant to the Federal Rules of Civil
4 Procedure, before Christine E. Borrelli, duly qualified
5 Notary Public in and for the State of Connecticut, held at
6 the Law Offices of Gordon, Muir & Foley, LLP, Ten Columbus
7 Boulevard, Hartford, Connecticut, commencing at 10:30 a.m.
8 on Friday, September 10, 2010.
9
10        S T I P U L A T I O N S
11
12     It is hereby stipulated and agreed by and among counsel
13 for the respective parties that all formalities in
14 connection with the taking of this deposition, including
15 time, place, sufficiency of notice, and the authority of the
16 officer before whom it is being taken may be and are hereby
17 waived.
18     It is further stipulated and agreed that objections
19 other than as to form are reserved to the time of trial.
20     It is further stipulated and agreed that the reading
21 and signing of the deposition transcript by the deponent is
22 hereby not waived.
23     It is further stipulated and agreed that the proof of
24 the qualifications of the Notary Public before whom the
25 deposition is being taken is hereby waived.

Page 3

1             I N D E X
2
3
4 WITNESS         DIRECT CROSS REDIRECT RECROSS
5
  Walter M. Zadrowski      4   58
6
7
8
9
10 EXHIBIT                  PAGE:
11
   Defendant's Exhibit 1, Statement .................... 5
12
   Defendant's Exhibit 2, Drawing ...................... 16
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1      WALTER M. ZADROWSKI, called as a witness by the
2 Defendants, having first been duly sworn by the Notary, was
3 examined and testified on his oath as follows:
4
5      DIRECT EXAMINATION BY MR. BERK:
6
7      Q.  Sir, my name is Jon Berk.  I represent the
8 defendants in an action brought by Maryanne Zadrowski.  She
9 is your sister?
10     A.  Yes.
11     Q.  I'm going to be asking you some questions about an
12 event that took place at your residence.  If at any time I
13 ask you a question that you don't understand or you want me
14 to repeat it or rephrase it, I'll be happy to do so.  If you
15 don't understand, ask me to repeat it or rephrase it.  If
16 you don't, I'll assume that you understood the question and
17 the answer that you have given is to that question.  Okay?
18     A.  Yep.
19     Q.  Ever been deposed before?
20     A.  No.
21     Q.  All right.  Before going through this process, did
22 you do anything to prepare?
23     A.  I just talked to her attorney, that's it.
24     Q.  Did you read anything before coming in here?
25     A.  Just the --

Page 5

1      Q.  The statement that you gave the police?
2      A.  Yeah.
3         MR. BERK:  Why don't we mark this as Exhibit 1 for
4      identification, which was also marked as Exhibit 1 for
5      identification at your sister's deposition.
6
7         (Defendant's Exhibit 1, Statement, marked for
8         identification)
9
10     Q.  (By Mr. Berk)  Is that the document that you
11 reviewed today before testifying?
12     A.  Yes.
13     Q.  When was the last time that you saw this before
14 today?
15     A.  Oh, probably about -- I don't even remember.  It's
16 been a while.
17     Q.  Fair enough.  Did you review any other documents?
18     A.  No.
19     Q.  Did you read through this document, the statement
20 that you gave the police?
21     A.  Yeah, but not recently.
22     Q.  Oh, I thought you said --
23     A.  Well, right.  I understand.  Sorry.
24     Q.  No, no, no.
25     A.  I thought you meant --

2 (Pages 2 to 5)

fc2617c4-07dc-4dc9-a2dd-51d2ebb72f44

Page 6

1    Q.  Actually, you can see this is going to be much
2    easier than you ever thought.  Is this an accurate rendition
3    of the statement?
4    A.  Yep.
5    Q.  Truthful and accurate?
6    A.  Yes.
7    Q.  If we could, let's do some background.  But first,
8    in regards to taking this statement, having it typed up and
9    signed, did the officer take down everything accurately?
10   A.  Not the first time.
11   Q.  But in this document here?
12   A.  Yes.
13   Q.  And there was something wrong with the first
14   document?
15   A.  Yeah.
16   Q.  Do you remember what that was?
17   A.  Well, not specifically.
18   Q.  Fine.  But this one is truthful and accurate.
19   Correct?
20   A.  Yeah.
21   Q.  Sir, where do you currently live?
22   A.  129 Shuttle Meadow Road.
23   Q.  And who do you live currently with there?
24   A.  My mother.
25   Q.  And going back to October 28, 2008 or October 27,

Page 7

1    2008, when the incident happened --
2    A.  Uh-huh.
3    Q.  -- who was living there?
4    A.  My and my mother.
5    Q.  And was anyone staying with you?
6    A.  My nephew.
7    Q.  And which nephew?
8    A.  Ricky, Richard Bright.
9    Q.  And how long had he been staying with you?
10   A.  I'd say about a week.
11   Q.  And do you know why he was staying with you?
12   A.  He just came to hang out with me.
13   Q.  How did it come about?  Did he ask?  You ask him?
14   Maryanne ask you?
15   A.  That I don't know.
16   Q.  Was there any particular reason that he came to
17   hang out with you?
18   A.  Not to my knowledge.
19   Q.  All right.  To your knowledge, was he staying with
20   you because he was having certain issues?
21   A.  I wasn't aware.
22   Q.  Were you aware of any problems with drugs or
23   alcohol before this incident?
24   A.  A little bit.
25   Q.  Was your nephew, at that point, still in school?

Page 8

1    A.  No.
2    Q.  Was he employed?
3    A.  Not to my knowledge.
4    Q.  Did he have a job of any sort while he was staying
5    with you?
6    A.  No.
7    Q.  Did you have an understanding how long he was
8    going to stay with you?
9    A.  Nope.
10   Q.  So, was it open-ended?
11   A.  I don't know that, you know.  There was nothing --
12   there was no discussion of it.
13   Q.  Right.  There was no deadline?
14   A.  No.
15   Q.  And before living with you and your mother, where
16   was he living?
17   A.  With my sister.
18   Q.  Had he ever lived with you before?
19   A.  Not that I can remember.  I mean, not to live with
20   me, no.  He would come over and stuff, yeah.
21   Q.  You mean to visit?
22   A.  Yeah.
23   Q.  But he never spent a week continuously over at
24   your house?
25   A.  I really couldn't -- not that I recall, no.  I

Page 9

1    mean, you know, he would come over.  We would do stuff.
2    Q.  Joey Bright is your nephew also?
3    A.  Yes.
4    Q.  Had he ever stayed over at your mom's house and
5    your house for a week?
6    A.  Oh, I'm sure.
7    Q.  Were you aware of any problems, mental or
8    physical, that Ricky was having when he came over to live
9    with you?
10   A.  No.
11   Q.  In October of 2007, were you employed?
12   A.  No.
13   Q.  And how did you make ends meet at that time?
14   A.  I live with my mother.
15   Q.  In other words, there wasn't any disability
16   payments that you were receiving --
17   A.  Oh, no.
18   Q.  -- or anything along those lines?
19   A.  No.
20   Q.  All right.  The house that you were living in with
21   your mother, is that the family house?
22   A.  Yeah.
23   Q.  It's been in the family for --
24   A.  Since they built it.
25   Q.  So you lived there since you've been a little kid?

3 (Pages 6 to 9)

fc2617c4-07dc-4dc9-a2dd-51d2ebb72f44

Page 10

1    A. Pretty much. I moved out for only a few years.
2    Q. Sir, and these are standard questions.
3    A. Uh-huh.
4    Q. Have you ever been arrested?
5    A. No.
6    Q. Right now are you taking any prescription
7  medications?
8    A. No.
9    Q. So as you sit here today, you don't recall the
10 circumstances under which Ricky came to live with you and
11 your mother for a period of time?
12   A. No.
13   Q. Now, the house, how many bedrooms did it have?
14   A. It's got three.
15   Q. And the way it was set up in October of 2008, who
16 lived in each bedroom?
17   A. Well, there is my mother's, mine, and an empty
18 one.
19   Q. And did Ricky live in the empty one?
20   A. He stayed in -- we have like a -- there is like a
21 back -- we call it a back room with a day bed. That's where
22 he stayed.
23   Q. That's separate from the empty bedroom?
24   A. Yeah.
25   Q. And are those all upstairs?

Page 11

1    A. No.
2    Q. What is upstairs?
3    A. Just the three bedrooms.
4    Q. Oh, okay. And what does the downstairs consist
5  of?
6    A. Kitchen, living room, bathroom, and back room.
7    Q. Kitchen, living room -- I'm sorry. What did you
8  say?
9    A. Kitchen, living room.
10   Q. Yeah.
11   A. Bathroom.
12   Q. Right.
13   A. And the back room.
14   Q. And the back room. And did you have a computer
15 set up in one of the rooms?
16   A. It's right off of the kitchen. It's actually part
17 of the -- it's opened up into, so I would call it the same
18 room.
19   Q. Same room as the --
20   A. The kitchen. It's like -- you know, it's open to
21 the kitchen, but it's -- call it whatever, a porch or a
22 kitchen. It's part of the kitchen.
23   Q. And who did the computer belong to?
24   A. My mother.
25   Q. And how does one get into the house? Is there --

Page 12

1  poor question. Is there a front door and a back door?
2    A. Yes.
3    Q. Is the front door used for people coming in and
4  out?
5    A. Not usually.
6    Q. Okay.
7    A. Everybody comes to the back.
8    Q. All right. And the back door opens to what room?
9    A. Like I say, it's all -- you want to call it the
10 porch or the kitchen. It's all one room because I took it
11 all out. So there's a step up. I don't know if you want to
12 separate it, but --
13   Q. Let me put it this way, when you open up the back
14 door, is there a platform that you don't have to take
15 another step up?
16   A. You walk into that room, then there's one step
17 into the kitchen.
18   Q. Okay.
19   A. But the wall is open.
20   Q. All right. What is it, like a screen door and
21 wooden door that you have to go through?
22   A. It's a regular screen door, an entry door.
23   Q. And when you go into that area, you're able to see
24 into the kitchen and where the computer is?
25   A. Yes.

Page 13

1    Q. And you mentioned that there is a back room. What
2  was kept there?
3    A. Just the day bed.
4    Q. Is there any television back there?
5    A. Well, there is, but it's not hooked up.
6    Q. Is there a TV that was working --
7    A. No.
8    Q. -- in October?
9    A. No.
10   Q. So there was no TV that was working?
11   A. No.
12   Q. Now, there is also a garage?
13   A. Yes.
14   Q. A free-standing garage?
15   A. Uh-huh.
16   Q. All right. As you come out the back door, where
17 is the garage?
18   A. Right in front of you.
19   Q. You anticipated my question. And how many bays
20 are there?
21   A. How many what?
22   Q. Bays.
23   A. Oh, two.
24   Q. And when I look straight ahead, will I be looking
25 into the right-most bay, the left-most bay?

4 (Pages 10 to 13)

Page 14

1    A.  Well, the garage faces -- the bays when you come
2  out of my house --
3    Q.  Yeah.
4    A.  -- the bay door is facing this way.  You're
5  looking at the side of the building.
6    Q.  Oh, okay.  So I'm looking at the side of the
7  garage?
8    A.  If you're standing on my back step?
9    Q.  Yes, exactly.
10    A.  Right.
11    Q.  All right.  And then the driveway would be coming
12  from your left?
13    A.  The driveway would be coming down this side, yes.
14    Q.  Into where the bays are?
15    A.  Well, here.  Say this is my house.  Right?
16    Q.  We'll make it real simple.
17    A.  Yeah.  Here is my house, just for --
18    Q.  Okay.
19    A.  Here is the back stairs and the door.
20    Q.  Right.
21    A.  My driveway is about 10 feet off of the house like
22  this.  Okay.
23    Q.  Right.
24    A.  Then it comes, and I can park two vehicles here.
25  Right.

Page 15

1    Q.  Right.
2    A.  And then it goes like this, and here is my garage.
3    Q.  Why don't you just write in "garage."
4    A.  The bays that go in are here.
5    Q.  And is there a little workshop in there, too?
6    A.  Well, yeah.  I work on stuff.
7    Q.  Right.
8    A.  There's an access door over here.  It's almost
9  like right across.
10    Q.  All right.  And you said in between the garage and
11  the back door, a car can park?
12    A.  Yeah.
13    Q.  All right.  As you're looking out the back door,
14  can you see the front of the driveway?
15    A.  Oh, no.
16    Q.  Can you see the middle of the driveway?
17    A.  Not unless you wanted to.
18    Q.  Go around the corner?
19    A.  Right.  You got about three, four feet.
20    Q.  All right.  Is there a porch, back porch?
21    A.  Right.
22    Q.  Where does that extend?
23    A.  That is -- it's like -- I think it's a like
24  7-by-13, which is attached to the kitchen.
25    Q.  So you have to go up a couple of steps to get to

Page 16

1  your back door?
2    A.  Right.
3    Q.  Got you.  And are there chairs for people to sit
4  here on the porch?
5    A.  Uh-huh.
6    Q.  Again, if you're sitting in those chairs, you
7  can't see down to the end of the driveway or the middle of
8  driveway?
9    A.  No, not possible.
10    MR. BERK:  Why don't we just mark this as Exhibit
11  2.
12
13    (Defendant's Exhibit 2, Drawing, marked for
14    identification)
15
16    Q.  (By Mr. Berk)  Ricky, he was -- was he in prison
17  recently, or was that Joey?
18    A.  I can't remember.  Joey, yes.  Ricky, I think it
19  was a couple of -- about three, four months ago, I think.
20    Q.  By the way, since the time of this incident, has
21  he lived with you on a regular basis at any time?
22    A.  Oh, no.
23    Q.  Did you want him back in the house?
24    A.  Oh, yeah.  He's welcome.
25    Q.  Do you know what Ricky was in prison for?

Page 17

1    A.  Not offhand, no.
2    Q.  Do you know what Joey was in prison for?
3.    A.  Not really.  I don't --
4    Q.  Before this incident, did you know of any problems
5  that Ricky was having?
6    A.  Standard kid problems.
7    Q.  Okay.
8    A.  I mean, teenage problems.  That's the only way --
9  I don't know.  Kids go through crap.
10    Q.  How old is Ricky now?
11    A.  Let's see.  I believe he is 21.
12    Q.  And how old is Joey?
13    A.  Well, he would have to be, I think, 19.
14    Q.  And are either of them employed now?
15    A.  Not to my knowledge.
16    Q.  And where are they currently living?
17    A.  With my sister.
18    Q.  And do you have any children?
19    A.  No.
20    Q.  What I would like to do is to turn our attention
21  to the time of this incident.  Now, I realize that it
22  started, if you will, the night before and progressed into
23  the early morning hours.  So when I say the day of the
24  incident, I don't mean to say literally that day because I
25  know some things started at 10:30 or 11:00 and finally

Page 18

1 wrapped up at 3:00 or 4:00 in the morning. So I'm --
2     A. So you're going to consider that one time?
3     Q. Exactly. You've got it. I'm not trying to trip
4 you up or trick you. I just want to make sure we're on the
5 same page. So when I say "the day of the incident," I'm not
6 saying it happened during the daytime.
7     A. All right.
8     Q. The time of the incident. Okay?
9     A. Uh-huh.
10     Q. Your sister came to the house?
11     A. Yes.
12     Q. Why did your sister come to the house?
13     A. I called her.
14     Q. And when did you call her?
15     A. Oh, I can't give you exact times. Probably, I
16 have to say, around 9:30, somewhere in there.
17     Q. Okay.
18     A. Nothing — I mean, I didn't look at my watch or
19 nothing.
20     Q. And why did you call her?
21     A. To pick up Ricky.
22     Q. And why did you want her to pick up Ricky?
23     A. Because he was acting like a jackass.
24     Q. And what did you observe about him that he was
25 acting as a jackass?

Page 20

1     A. Yeah.
2     Q. And how far down the driveway did you go?
3     A. Oh, they came right up next to the house.
4     Q. You say "they," there were two of them?
5     A. Him and his friends.
6     Q. Oh, okay.
7     A. I'm saying when he came home.
8     Q. Oh, I didn't know he had his friends with him.
9     A. Well, he don't drive, so --
10     Q. When you say they came up, were they in the car?
11     A. Yeah.
12     Q. Oh, okay. I'm sorry. I thought they were walking
13 up. My mistake.
14     A. No.
15     Q. So they drove up?
16     A. Yep.
17     Q. And what happened next?
18     A. Well, they got out of the car. I met them. We
19 talked for a little while, and they left.
20     Q. And was anyone acting like a jackass at that
21 point?
22     A. No.
23     Q. So everything was fine --
24     A. Uh-huh.
25     Q. -- up to then? What happened to change the

Page 19

1     A. Well, he went out with his friends, got drunk and
2 came home.
3     Q. Does he have a driver's license?
4     A. No.
5     Q. Was he doing any driving that night?
6     A. No.
7     Q. Was he under age at that time for drinking?
8     A. I would have to say yes.
9     Q. Where were you when you first observed him acting
10 like a jackass?
11     A. In my garage.
12     Q. And were you in the garage at that time?
13     A. Yeah. I was out working in the garage when he
14 came home.
15     Q. And what are you working on in the garage?
16     A. My chainsaw.
17     Q. Oh, getting it to work?
18     A. Uh-huh.
19     Q. All right. And did he come into the garage?
20     A. Well, I went out and met him in the driveway.
21     Q. And was there any particular reason you went to
22 meet him in the driveway?
23     A. Well, yeah. When someone comes in my yard, I go
24 outside.
25     Q. Oh, okay. All right. And you saw it was him?

Page 21

1 situation?
2     A. Oh, we went in the garage, and then he just
3 started arguing with me.
4     Q. Did he raise his voice?
5     A. Well, a little bit.
6     Q. And what was the argument about?
7     A. Well, I just told him I don't like that stuff in
8 my yard.
9     Q. And what stuff was that?
10     A. You know, go out with your friends and then bring
11 them over. I don't like that stuff. I've never met them
12 before.
13     Q. Was he intoxicated?
14     A. Yes.
15     Q. What other actions did he engage in that caused
16 you to call your sister?
17     A. He was just, you know, agitated, frustrated,
18 whatever you want to say.
19     Q. Was he out of control at that point?
20     A. Not out of control, just -- I had enough. You
21 know what I mean?
22     Q. Was he being obnoxious?
23     A. Oh, of course.
24     Q. Was he being insulting to you at all?
25     A. Yes and no. I mean, what do you do when you argue

6 (Pages 18 to 21)

fc2617c4-07dc-4dc9-a2dd-51d2ebb72f44

Page 22

1  with someone?
2    Q.  Did he threaten to -- said his life sucks or
3  threaten to kill himself?
4    A.  Yeah.
5    Q.  What did he say?
6    A.  He said -- I can't say verbatim.
7    Q.  Just the gist.
8    A.  You know, just everything sucks, and I'm tired of
9  this, and I should just kill myself.
10   Q.  And what did you do in response to that statement?
11   A.  I took my gun and I said, Here you go.
12   Q.  And what did he do when you said, Here you go?
13   A.  He said no.
14   Q.  And what happened next?
15   A.  I put the gun back on my bench, and we left the
16 garage.
17   Q.  At that point, did he threaten to kill himself?
18   A.  It wasn't -- that really wasn't even an issue.
19 That was just his way of getting my goat. You know what I
20 mean?
21   Q.  And he got your goat. You called your sister?
22   A.  Oh, yeah. Well, how much of that would you listen
23 to before you called someone?
24   Q.  I'm just trying to -- I'm not questioning your
25 actions. I'm just --

Page 23

1    A.  I'm just saying.
2    Q.  -- trying to determine what those actions were.
3    A.  Yep.
4    Q.  Did you hear him at any time say he wanted to go
5  to Hartford to get a gun?
6    A.  No.
7    Q.  The gun that you said "Here you go" with, was that
8  a rifle?
9    A.  Yeah.
10   Q.  And what type of rifle was it?
11   A.  A .22.
12   Q.  Did it have any ammunition in it?
13   A.  No.
14   Q.  Did you take the ammunition out before you?
15   A.  The clip is always in my pocket.
16   Q.  And the clip was in your pocket that night?
17   A.  Always.
18   Q.  And why did you keep the clip in your pocket?
19   A.  So it's not in the gun.
20   Q.  Safety reasons?
21   A.  Yeah.
22   Q.  But it's there in case you need it for something?
23   A.  Right.
24   Q.  Did Ricky know that the gun was unloaded?
25   A.  Of course.

Page 24

1    Q.  He knew it was unloaded?
2    A.  Of course. There was no guns loaded in my yard.
3    Q.  Had you told him that the gun was unloaded?
4    A.  No.
5    Q.  Well, how would he know that the gun was unloaded?
6    A.  He's in my garage all of the time.
7    Q.  Well, did he know specifically when he went out to
8  check whether it had any ammunition?
9    A.  He don't go in my stuff unless I'm there.
10   Q.  What I'm asking is, did you ever say, Ricky, I
11 have a .22 in the garage, but don't worry. It doesn't have
12 any ammunition in it?
13   A.  No.
14   Q.  So you're not aware of any source that
15 specifically told him that there was no ammunition in the
16 gun?
17   A.  No. It's just a common -- it's a common fact,
18 that's all.
19   Q.  You mean that people don't keep loaded guns
20 around?
21   A.  No. Meaning that in my yard, there is none
22 loaded.
23   Q.  But he --
24   A.  They had been -- they grew up with me. You know
25 what I mean?

Page 25

1    Q.  Other than that generalized belief, you don't
2  recall any specific statement given to him that the gun
3  wasn't loaded?
4    A.  Not by me.
5    Q.  Are you aware that he later claimed that you told
6  him he should go shoot himself?
7    A.  Well, I just told you that.
8    Q.  Okay.
9    A.  I said, If you think that that's your best move,
10 here. He never took the gun.
11   Q.  Right.
12   A.  I just made the gesture for him to think, you
13 know, is that what you really want?
14   Q.  You mean about --
15   A.  I don't know even know how to explain it. It was
16 like when you have a kid that says, I want to run away.
17 Then what do you say, go ahead. That was the intent.
18   Q.  Okay.
19   A.  There was never any harm to come of this.
20   Q.  Right. But you had reached and said, I had
21 enough, you called your sister?
22   A.  Yeah.
23   Q.  You called your sister because, as you said, he
24 was acting like a jackass?
25   A.  Yeah. I said, Come pick him up. He has to go

NIZIANKIEWICZ & MILLER REPORTING SERVICES

fc2617c4-07dc-4dc9-a2dd-51d2ebb72f44

Page 26

1 home now.
2    Q. Do you recall what you said to your sister during
3 that conversation?
4    A. Yeah. I said, Come pick him up. He's got to go
5 home now. And I said, Tomorrow you come over and we'll
6 talk.
7    Q. Did you tell her why you wanted him picked up?
8    A. Yeah, because he's out of control and I'm not
9 going to deal with it great, okay.
10    Q. All right. Where did that conversation take
11 place? Poor question. When you spoke to your sister, did
12 you have a cell phone?
13    A. No.
14    Q. You had a land line?
15    A. Yep.
16    Q. And where was the land line located?
17    A. In the house.
18    Q. Which room?
19    A. I was in the kitchen.
20    Q. And where was Ricky at this point?
21    A. He was outside.
22    Q. What was he doing outside, if you know?
23    A. Just sitting on the step.
24    Q. Was your mother present at this time?
25    A. She was in the house.

Page 27

1    Q. Do you know where she was?
2    A. She was on the computer.
3    Q. Did he engage in any jackass behavior in front of
4 your mother?
5    A. No. He didn't come in the house.
6    Q. How long was it until your sister arrived?
7    A. I'd say about a half hour.
8    Q. And during that half hour, what was going on with
9 Ricky, if you know?
10    A. Oh, he was just sitting on the back step.
11    Q. He wasn't saying anything, doing anything at that
12 point?
13    A. No.
14    Q. So he was just sitting there, and you had no
15 further conversation with him?
16    A. No.
17    Q. Did you tell him that his mother was coming over?
18    A. Oh, yeah. I told him that before I went in the
19 house.
20    Q. And what was his reaction to that?
21    A. Just whatever.
22    Q. And where did he keep his belongings at that
23 point? Was it in the end room?
24    A. Yeah.
25    Q. And at one point did your sister arrive?

Page 28

1    A. Yeah.
2    Q. And where did she park her car?
3    A. That I don't know. I was in the living room.
4    Q. Did you hear her drive up?
5    A. Oh, yeah.
6    Q. And did you go out to talk with her, or did she
7 come into the house?
8    A. No. I was in the living room.
9    Q. Did you get up to go talk to your sister at all?
10    A. Nope. I told her I would talk to her tomorrow.
11    Q. And why didn't you want to talk to her that night?
12    A. I had enough.
13    Q. Enough of?
14    A. The crap.
15    Q. From Ricky?
16    A. The whole thing, yeah.
17    Q. When you say "the whole thing" --
18    A. I was just sitting down relaxing.
19    Q. Did she pull her car, headlights up, towards the
20 garage?
21    A. I would imagine, yes.
22    Q. And that would put the passenger's side closest to
23 the house?
24    A. Yep.
25    Q. And the driver's side would be on the other side

Page 29

1 and you could see -- what happened next? You're on the
2 computer. What happened next?
3    A. Oh, I was in the living room. I didn't even know
4 what happened next.
5    Q. Did you come into -- did she come into the house?
6    A. I can't even say that. I don't know.
7    Q. Did she have any conversations with your mother?
8    A. I would imagine.
9    Q. If you're in the living room --
10    A. Yep.
11    Q. -- would you see the person coming through the
12 back door?
13    A. No.
14    Q. If you're in the living room, would you know that
15 they were in the kitchen?
16    A. If I'd hear them. I mean, I wouldn't be able to
17 see them.
18    Q. The living room leads into what room or a hallway?
19    A. The kitchen -- like where I showed you is the
20 kitchen.
21    Q. Right.
22    A. The living room is the furthest one over here. It
23 goes this way.
24    Q. So right here is --
25    A. Right.

NIZIANKIEWICZ & MILLER REPORTING SERVICES

fc2617c4-07dc-4dc9-a2dd-51d2ebb72f44

Page 30

1    Q. -- "LR" for living room. Okay?
2    A. I'm like on the furthest corner.
3    Q. At that point, you had washed your hands of it?
4    A. Exactly.
5    Q. Do you recall explaining to your mother at any
6    time what was going on between you and Ricky?
7    A. No.
8    Q. All right. So from the living room, though, you
9    can hear a car arrive?
10   A. Yes.
11   Q. What happened next?
12   A. The only thing I can remember that happened next
13   is the police came.
14   Q. Did you see your mother come from wherever -- you
15   weren't sure whether she was upstairs or in another room.
16   Did you ever see her go out the back door to either talk to
17   Ricky or to go see Maryanne or anything along those lines?
18   A. No. She was sitting on the computer, which is
19   right, like I say, like six or eight feet from the door.
20   Q. So your mother was on the computer?
21   A. Uh-huh.
22   Q. The computer is not in the living room?
23   A. No. It's on the back porch.
24   Q. All right. And could you see her on the computer
25   from where you were sitting in the living room?

Page 31

1    A. No.
2    Q. And so the next thing you know is the police
3    arrive?
4    A. Right.
5    Q. And how did you become aware that the police
6    arrived?
7    A. They asked me to come outside.
8    Q. You're in the living room. How did you know that
9    there were police there?
10   A. Joey came in and told me they want to talk to me.
11   Q. Did you know that before Joey came into the living
12   room that Joey was there also?
13   A. No, I didn't know.
14   Q. Were you aware Joey had brought a girlfriend or a
15   female acquaintance with him?
16   A. Not until he came in.
17   Q. Was she with him?
18   A. She wasn't with him when he came in to get me.
19   Q. Do you know what your sister had told the police
20   about what Ricky had said or done?
21   A. Not until after the fact.
22   Q. What did she tell you after the fact?
23   A. That she called them to pick him up and she said
24   that he was threatening to kill himself.
25   Q. And in front of you, had he threatened to kill

Page 32

1    himself?
2    A. Yeah.
3    Q. Did she tell you anything else about what she told
4    the police about Ricky?
5    A. That's all I know.
6    Q. All right. So you're in the living room. Joey
7    comes in?
8    A. Yep.
9    Q. By the way, were you aware that Ricky had told the
10   police that he was offered a rifle and you --
11   A. No.
12   Q. Are you aware today that Ricky said that you had
13   offered him a rifle to the police?
14   A. I don't know that for a fact.
15   Q. Did you say anything to Joey or did you just go
16   outside?
17   A. No. I went outside.
18   Q. All right. And did you have a conversation with
19   the police?
20   A. Well, I tried to.
21   Q. How many officers were there? Let's start with
22   how many were there, and then we'll talk about who you spoke
23   with.
24   A. Let's see. I would say four, to my best
25   recollection.

Page 33

1    Q. And where did that conversation take place?
2    A. By the back step.
3    Q. So looking at this Exhibit 2, it would be --
4    A. I was right near the back step.
5    Q. All right. Were you standing on the back step?
6    A. No. I was on the ground.
7    Q. Okay.
8    A. Right in front of the step.
9    Q. How many steps are up to the house?
10   A. Two.
11   Q. And how many officers were you talking with?
12   A. Well, I started out with one.
13   Q. Do you remember any of the conversation?
14   A. Well, it was pretty much a one-sided conversation.
15   Q. And what was the conversation?
16   A. He asked me if I gave -- if I handed Ricky a gun.
17   Q. What did you tell him?
18   A. I said -- I went like this, I said, He never took
19   it. He never touched it. Yes, I did do that.
20   Q. And what else did you tell the officer you had
21   done?
22   A. Pretty much that was all I got to say.
23   Q. All right. During any of this conversation, was
24   there more than one officer present?
25   A. Well, yeah. They were all -- there was -- like I

9 (Pages 30 to 33)

fc2617c4-07dc-4dc9-a2dd-51d2ebb72f44

Page 34

1 say, best I can say is four, and they were all standing in
2 the backyard.
3    Q.  And did you see Ricky?
4    A.  No.
5    Q.  Did you know where Ricky was?
6    A.  (Witness nodding in the negative).
7    Q.  You have to answer audibly for the record.
8    A.  Oh, no. Sorry.
9    Q.  Do you know the name of the officer that you spoke
10 with?
11    A.  No, I do not.
12    Q.  Was Joey there when you were talking to the
13 officer?
14    A.  I honestly don't know where he was.
15    Q.  Did you observe at this time that there was his
16 girlfriend there?
17    A.  I'm trying to think. I don't know. I can't
18 remember when I saw her. I can't remember when I saw her,
19 but I did see her.
20    Q.  All right.
21    A.  I just can't tell you when.
22    Q.  Where was your sister when you had this
23 conversation with the police?
24    A.  I believe she was by her car.
25    Q.  And where was her car?

Page 35

1    A.  In the driveway. It's about here.
2    Q.  So it's in front of the garage?
3    A.  About.
4    Q.  When I say -- poor question.
5    A.  It's right about in the middle of -- right about
6 here.
7    Q.  I'll put an X there.
8    A.  It's right about there somewhere.
9    Q.  So here is the car. All right. So the driver's
10 side is looking outward, and then the passenger's side is
11 nearer to the garage and the house?
12    A.  Right.
13    Q.  To your knowledge, at any time did you tell
14 Maryanne, or are you aware that she overheard or
15 participated in a conversation that you had offered Ricky
16 the gun?
17    A.  That I don't know.
18    Q.  Did she become part of the conversation that you
19 had with the police at all?
20    A.  No, not while I was there.
21    Q.  Was she, your sister, standing on the passenger's
22 side or the driver's side at that point?
23    A.  That I don't know.
24    Q.  Was she in a position to overhear the conversation
25 you were having with the police officer?

Page 36

1    A.  I would imagine. I can't say for sure.
2    Q.  How long did the conversation with the police
3 officer last?
4    A.  Oh, if I had to guess, I would say about 10, 15
5 minutes.
6    Q.  In that conversation, were there periods of
7 silence, or was there steady conversation going back and
8 forth?
9    A.  Well, there was no back and forth.
10    Q.  Okay.
11    A.  It was pretty much all forth.
12    Q.  But you did acknowledge that you had made the
13 offer of the gun to Ricky?
14    A.  Oh, yes.
15    Q.  Did you tell the officers that it was unloaded?
16    A.  Of course.
17    Q.  Did you show them where the clip was?
18    A.  No.
19    Q.  During this conversation where you were able to
20 transmit certain information, did you raise your voice at
21 any time?
22    A.  Oh, of course.
23    Q.  Okay.
24    A.  It would be like right here saying, you're trying
25 to ask me a question and I just cut you off every time you

Page 37

1 say something. You pretty much wouldn't stand for that too
2 long, would you?
3    Q.  You're much bigger than I am. I would stand for
4 it as long as --
5    A.  That doesn't matter. It's like you can't have a
6 one-sided conversation.
7    Q.  I'm sorry. I shouldn't ingest my sense of humor
8 in there.
9    A.  No problem.
10    Q.  I was just --
11    A.  No problem, just making a point.
12    Q.  Did they raise their voice to you?
13    A.  Oh, yeah.
14    Q.  And what was the conversation or what was being
15 exchanged?
16    A.  Well, he said Do you think that that's okay? Of
17 course it is.
18    Q.  What is okay?
19    A.  That I did what I did.
20    Q.  Giving him a gun which you know was unloaded?
21    A.  Not giving him.
22    Q.  Offer?
23    A.  I just made the gesture.
24    Q.  You didn't give in the sense he took it, but you
25 made the gesture in offering it. Is that right?

NIZIANKIEWICZ & MILLER REPORTING SERVICES

fc2617c4-07dc-4dc9-a2dd-51d2ebb72f44

Page 38

1    A.  Right.
2    Q.  And so the officer was questioning that judgment?
3    A.  Right.
4    Q.  That was really the main substance of the
5    conversation?
6    A.  That was about the only substance of the
7    conversation.
8    Q.  All right.  Did more than one officer during this
9    time that you were having the conversation come over?
10   A.  Yes.
11   Q.  Do you know who the name of that officer?
12   A.  I don't know any of their names.
13   Q.  Did officer three or four come over during the
14   conversation?
15   A.  I want to say three during the entire
16   conversation.
17   Q.  And where was your mother at this time?
18   A.  I want to say she was standing on the back step --
19   Q.  Okay.
20   A.  -- or thereabouts.
21   Q.  So she is fairly close to you?
22   A.  Yeah.  About eight, ten feet away.
23   Q.  You're off the steps but close to the back area?
24   A.  Right.
25   Q.  You're not sure where Joey was and you're not sure

Page 39

1    where Ricky was?
2    A.  No.
3    Q.  You knew where Maryanne was?
4    A.  Well, like I said, here.
5    Q.  Right.  Did your mother engage in any conversation
6    with the police officers?
7    A.  The only thing I heard her say was, Why don't you
8    let him talk?
9    Q.  Anything else you recall, sir?
10   A.  That's it.
11   Q.  At the end of the conversation, what happened
12   next?
13   A.  They escorted me to the side of the house and
14   cuffed me.
15   Q.  And when you say "the side of the house" --
16   A.  Right here.  They escorted me to the side, so
17   right here where you can't see.
18   Q.  So I'm going to put "side."
19   A.  Yep.
20   Q.  And I'm putting a circle around it.  So they
21   escorted you from, if you will, to the back stair area --
22   A.  Right.
23   Q.  -- around to the side of the house?
24   A.  Yes.
25   Q.  And then they arrested you?

Page 40

1    A.  Yep.
2    Q.  All right.  And what did they say, you were under
3    arrest?
4    A.  Yep.
5    Q.  Did they tell you what you were under arrest for?
6    A.  I asked them more than 20 times.
7    Q.  And did they, at that point, other than saying you
8    were under arrest, do anything else?
9    A.  They cuffed me and brought me out front.
10   Q.  All right.  And when you say "out front" --
11   A.  All of the way up to the street.
12   Q.  Is that where the police cruisers were?
13   A.  Yes.
14   Q.  How many were there at that point?
15   A.  Oh, I want to say three.
16   Q.  Three cruisers?
17   A.  Just -- I mean, don't hold me to it.  I'm just --
18   I know there was more than two.
19   Q.  That's fair enough.  Did they pat you down?
20   A.  Yes.
21   Q.  And did they find the clip?
22   A.  They took everything out of my pockets.
23   Q.  And did that include the clip?
24   A.  Yep.  The clip my wallet, my keys, and my pocket
25   knife.

Page 41

1    Q.  And so you're cuffed and they escorted you to the
2    head of the driveway?
3    A.  Yep.
4    Q.  All right.  During the time that you were being
5    arrested or being escorted down, did any of your family
6    members become involved in that sequence?
7    A.  Well, my sister asked what are you arresting him
8    for?
9    Q.  Did anyone else?
10   A.  Not to my knowledge.
11   Q.  Did you see Ricky at all during that time?
12   A.  While I was going up the driveway, no.
13   Q.  Did you see Ricky at any time from when you were
14   at the back stoop to the side where they arrested you?
15   A.  Only like out of the corner of my eye.
16   Q.  And did you see what he was doing?
17   A.  No.
18   Q.  Did you hear anything he was doing?
19   A.  No.
20   Q.  And did you see Joey or his girlfriend at this
21   time?
22   A.  No.
23   Q.  All right.  And when you got to the head of the
24   driveway, were you immediately placed in a cruiser?
25   A.  No.

11 (Pages 38 to 41)

fc2617c4-07dc-4dc9-a2dd-51d2ebb72f44

Page 42

1  Q.  So you were standing there?
2  A.  Yes.
3  Q.  And what occurred while you were standing there?
4  A.  They took everything out of my pockets.
5  Q.  Oh, okay.  So they patted you down?
6  A.  Yes.
7  Q.  And they got you to the cruiser.  And after they
8  patted you down, what happened next?
9  A.  One officer stayed with me and the rest went back
10  in the yard.
11  Q.  And were you in the cruiser or standing up?
12  A.  Standing up.
13  Q.  And were you cuffed your hands in front or in
14  back?
15  A.  In back.
16  Q.  And did you know the name of the officer that you
17  were standing with?
18  A.  No, I don't.
19  Q.  And do you know what the purpose of the other
20  three officers was going back up the driveway?
21  A.  I don't believe they went up.  I believe they were
22  coming down.
23  Q.  So they were coming towards you?
24  A.  No.  I'm standing by the car.
25  Q.  Which is?

Page 43

1  A.  On the street.  Let's say this is my street.
2  Q.  Well, I'll tell you what we will do even better
3  than that, we will put "street" here.
4  A.  And that's where the car is.
5  Q.  Not in the driveway?
6  A.  No.
7  Q.  Just in the street by the driveway?
8  A.  Right.
9  Q.  That's where you were standing?
10  A.  Right.
11  Q.  And you were with one officer.  What happened
12  next?
13  A.  I was standing there, and they took the stuff out
14  of my pockets.
15  Q.  Right.
16  A.  I continued standing there, and some more officers
17  came --
18  Q.  Okay.
19  A.  -- as far as I know.
20  Q.  Well, did you observe them come, the other
21  officers?
22  A.  I can't put it all together in timing.
23  Q.  While you were standing there -- let's leave the
24  other officers that came.  The three officers that you
25  talked about, where were they?

Page 44

1  A.  I believe they were -- only one officer took me up
2  front.
3  Q.  Did you see where the other officers were?
4  A.  I only know where they were when I left.
5  Q.  And when you say "left," you mean put in the
6  cruiser and left?
7  A.  Right, put up front.
8  Q.  They were out front?
9  A.  No, when I was out front.
10  Q.  I'm sorry.  So when you left, where were the
11  officers?
12  A.  I believe still back here.
13  Q.  Back where?
14  A.  One officer took me up front, so I assume the
15  other ones stayed behind.
16  Q.  All right.  So you're basing that on an assumption
17  as opposed to something that you actually observed and saw?
18  A.  Right, right.
19  Q.  You mentioned two other police officers came while
20  you were standing there?
21  A.  But I don't know from where.
22  Q.  Did you actually see them?
23  A.  I saw police officers on the street.  I don't know
24  where they came from.  I can't say that.
25  Q.  And did you observe those police officers in any

Page 45

1  other place other than in the street?
2  A.  I don't know.
3  Q.  Other than the officer who was standing with you,
4  did any other officer come stand with you before you were
5  brought down to headquarters?
6  A.  No.
7  Q.  Are you aware that Ricky was arrested?
8  A.  Oh, yeah.
9  Q.  Did you observe him being arrested?
10  A.  I observed him being put in a car, yeah.
11  Q.  And I want to make sure I understand it.  How
12  soon -- withdrawn.  How long is your driveway?
13  A.  Oh, about 180 feet.
14  Q.  Oh, okay.  It's a good size driveway.
15  A.  Yeah.
16  Q.  Did you observe them physically cuff Ricky?
17  A.  No.
18  Q.  Did you hear during any of this time Ricky
19  screaming or yelling?
20  A.  Oh, no.  I was, like I say, over 200 feet away.
21  Q.  All right.  So at one point, although you didn't
22  see Ricky arrested, you observed Ricky being escorted by a
23  police officer?
24  A.  Yeah, because I was -- they put me in this car.
25  There was a car across the street.

12 (Pages 42 to 45)

Page 46

1    Q.  Okay.
2    A.  **And they put him in that one.**
3    Q.  And were you in the cruiser when Ricky was being
4    escorted down?
5    A.  **Yes.**
6    Q.  Did Ricky say anything to you?
7    A.  **I was in the car.**
8    Q.  Okay.
9    A.  **Windows up.**
10   Q.  Did you say anything to Ricky?
11   A.  **No.**
12   Q.  Do you know if Ricky was using any profanity
13   towards the police?
14   A.  **I can't -- like I say, everything is up and**
15   **sealed.**
16   Q.  And from here you went down to the police
17   headquarters?
18   A.  **Yep.**
19   Q.  All right.  So do you know whether the other --
20   now, you mentioned there was two other officers.  Were those
21   different than the four officers that you said were there?
22   A.  **That I don't know for a fact.**
23   Q.  So what you do know is there were three or four
24   officers on the premises?
25   A.  **Yes.**

Page 47

1    Q.  One of them was the major individual who had this
2    one-sided dialogue with you?
3    A.  **Yes.**
4    Q.  And at one point, others came over, but it was
5    still being handled by one officer that you were pulled to
6    the side told you were under arrest, cuffed --
7    A.  **Walked out front.**
8    Q.  -- patted down?
9    A.  **Yep.**
10   Q.  Do you know if they took the rifle at that time?
11   A.  **While -- okay.  Here.  They took my stuff.  I was**
12   **standing by the car for approximately, I would have to say,**
13   **20, 25 minutes, somewhere in that area.  Then they put me in**
14   **the car.**
15   Q.  Right.
16   A.  **Now I'm sitting in the car and there was another**
17   **car parked in front of the car I was in.  Two officers came**
18   **with two of my rifles and threw them in the trunk.**
19   Q.  Were there two rifles in the garage?
20   A.  **Yeah.**
21   Q.  And did you tell them there were two rifles?
22   A.  **I had no -- I was out front.**
23   Q.  No.  I was just wondering, before that, had you
24   told them there were any other rifles?
25   A.  **Oh, no.**

Page 48

1    Q.  All right.  And other than seeing those two rifles
2    placed in the trunk, did you observe anything else that the
3    officers did at your house?
4    A.  **That's it.**
5    Q.  You mentioned that your sister asked why you were
6    being arrested?
7    A.  **Yes.**
8    Q.  Okay.  Do you know how many times she asked?
9    A.  **Oh, I don't know.**
10   Q.  Do you recall if she just asked more than once?
11   A.  **I couldn't say.**
12   Q.  All right.  And when your sister asked, did she
13   use a normal voice, or did she have a raised voice?
14   A.  **I would have to say, you know, I'm like 50 feet**
15   **away.  So she would have to raise her voice a little bit for**
16   **someone to hear.**
17   Q.  Have you ever observed year sister angry?
18   A.  **Well, of course.**
19   Q.  And does she get very loud and use profanity?
20   Have you ever seen that?
21   A.  **Who hasn't?**
22   Q.  Are you aware that she used profanity and a raised
23   voice towards the dispatcher of the police?
24   A.  **No.  I'm not aware.  I wasn't there anymore.**
25   Q.  All right.  So you were taken down?

Page 49

1    A.  **Yep.**
2    Q.  Did Maryanne come down with you?
3    A.  **No.**
4    Q.  Did Ricky or Joey come down with you?
5    A.  **Ricky got put in a cell across from me.**
6    Q.  No, no.  When you got down, no one else was there?
7    A.  **No, no.**
8    Q.  And was Ricky compliant at that point with the
9    officers?
10   A.  **I don't know.**
11   Q.  You get driven down to the police station.  You
12   are taken out.  Who did you talk to down there?
13   A.  **I don't know his name.**
14   Q.  Was it the officer that filled out this report?
15   A.  **I don't know his name.**
16   Q.  In the statement, it says, "I know what I did was
17   wrong and did not intend to allow Richard to hurt himself.
18   I have told Sergeant Marquis that he may take possession of
19   other guns in my house for safekeeping.  I don't want
20   Richard to hurt himself."
21   A.  **I didn't say that.**
22   Q.  Is this your signature?
23   A.  **Yes, but this is --**
24   Q.  Let me just ask you a question.  Earlier I asked
25   you if there was anything inaccurate, and you told me no.

13 (Pages 46 to 49)

fc2617c4-07dc-4dc9-a2dd-51d2ebb72f44

Page 50

1    A.  Okay.
2    Q.  Did you tell the police about other guns you had
3    in the house?
4    A.  Yes, he asked me.
5    Q.  And did you agree to turn over the guns to the
6    police for safekeeping?
7    A.  No.  That was a condition of releasing me.
8    Q.  What do you mean, it was a condition of them
9    releasing you?
10    A.  He said I'll have to get those before you get
11    released.
12    Q.  Well, was there any concern that Ricky might use a
13    gun against himself?
14    A.  It's not even possible.
15    Q.  Did you think it was a good idea to take the guns
16    out of the household?
17    A.  No.
18    Q.  How long did the police have the guns?
19    A.  Oh, let's see, probably about two, two-and-a-half
20    months.
21    Q.  And did you get them back?
22    A.  Except for one.
23    Q.  Which one?
24    A.  My .22.
25    Q.  And why is that, if you know?

Page 51

1    A.  I really don't know.
2    Q.  Have you ever followed up with that?
3    A.  No.
4    Q.  Is it accurate where you said in your statement,
5    "I was not trying to help him hurt himself.  I was only
6    trying to make him think about what he was saying"?
7    A.  Exactly.
8    Q.  How did you get home that evening?
9    A.  They brought me.
10    Q.  Do you remember who brought you?
11    A.  No.
12    Q.  Any incident when you went to get the other guns?
13    A.  No.
14    Q.  Did the police ransack the inside of your house?
15    A.  No.
16    Q.  Did you ever observe before you were arrested the
17    police ransack your house?
18    A.  No.
19    Q.  When you got back, did anyone ever complain that
20    the police ransacked the house?
21    A.  No.
22    Q.  Who was there when you gave the guns to the
23    police?
24    A.  My sister, Maryanne, and my mother.  That's all I
25    can remember.

Page 52

1    Q.  Was Joey or his girlfriend there?
2    A.  I don't recall.
3    Q.  Okay.
4    A.  I would probably lean to no.
5    Q.  How long were the police in your house at that
6    point?
7    A.  Oh, they followed me up to my room.  I gave them
8    my guns and they left.
9    Q.  Less than a minute?
10    A.  Well, the time it takes to walk in and walk out.
11    Q.  Short period of time?
12    A.  Right.
13    Q.  After they left, did you have any conversations
14    with your sister about what happened?
15    A.  Oh, I'm sure.
16    Q.  And what do you recall -- did you have any
17    discussions about what you were arrested for?
18    A.  I would imagine.
19    Q.  Okay.
20    A.  I mean --
21    Q.  Did you have any discussions about Ricky's
22    conduct?
23    A.  No.  That didn't even come to play.
24    Q.  Did you have discussions about anything else?
25    A.  Not to my knowledge.

Page 53

1    Q.  At one point, was Ricky released from police
2    custody?
3    A.  That I don't know.
4    Q.  When your sister first contacted the police, she
5    said that she was concerned that her son had threatened to
6    kill himself.
7    A.  Okay.
8    Q.  Is that what Ricky had said to you?
9    A.  Yeah.
10    Q.  At any time, did you have any discussion or know
11    about anything that Ricky said he could get guns in
12    Hartford?
13    A.  I have no knowledge of that.
14    Q.  Did he ever say that to you?
15    A.  No.
16    Q.  Did you overhear him say that to your sister or
17    your nephew Joey?
18    A.  No.
19    Q.  When Ricky got out of custody, have you ever had
20    any conversations with him about this incident?
21    A.  Let me think.  It was quite a while later.
22    Q.  And what did that conversation consist of?
23    A.  Well, I was just like, was it worth all of this
24    headache?
25    Q.  That's something you said to him?

14 (Pages 50 to 53)

fc2617c4-07dc-4dc9-a2dd-51d2ebb72f44

Page 54

1    A. Yeah, basically. Just, you know, Are you done
2 being a retard, like that.
3    Q. And what did he say to you?
4    A. He's like, yeah, I'm done with that.
5    Q. Did you have any other conversations with your
6 sister either on the phone or face-to-face about the
7 incident?
8    A. Oh, of course.
9    Q. And when was the first time?
10    A. Oh, I couldn't tell you exactly. It just comes up
11 from time to time. You talk about things.
12    Q. Have you discussed this incident with your mother?
13    A. Oh, of course.
14    Q. And has she told you what she saw or heard that
15 night?
16    A. Maybe, maybe. I don't know. I mean, you just --
17 you know, it's just discussion. It's not like --
18    Q. Did she tell you anything about the conversation
19 she had with the police?
20    A. The only thing that sticks in my mind is when she
21 told me that the cop threatened to throw her off the step.
22 And if someone said that to your mother it would stick in
23 your mind.
24    Q. Anything else?
25    A. Not -- I mean, just everything we have been

Page 55

1 talking about here.
2    Q. I know your mother is using a cane. Has she been
3 using a cane back at the time of this incident?
4    A. Well, I would say for the last couple to few
5 years.
6    Q. Did you have any discussions at any time with your
7 sister in regards to a complaint about how she was treated
8 by the police?
9    A. Oh, yeah.
10    Q. And what did she tell you about her treatment from
11 the police?
12    A. She told me what happened to her.
13    Q. And what did she tell you?
14    A. That he choked her.
15    Q. Anything more than that? Did she tell you what
16 lead up to it? What went on?
17    A. All she told me was I was trying to make a phone
18 call, and the officer ran up behind me and choked me and
19 said you ain't calling no one. That's what she told me.
20    Q. Did she tell you that today?
21    A. No.
22    Q. When you were meeting in the room across the way
23 with your sister, were there any conversations about her
24 prior testimony?
25    A. No.

Page 56

1    Q. Your sister testified at her deposition that she
2 had been taking medication for anxiety prior to the time of
3 this incident. Do you know that?
4    A. I have no knowledge of that.
5    Q. When you got to the police headquarters and other
6 than having to change certain aspects of your statement, how
7 was your treatment by Sergeant Marquis when you were down at
8 the police department?
9    A. Oh, it was okay.
10    Q. And once you were at the police station, they
11 treated you in a professional fashion?
12    A. Yeah.
13    Q. And other than not listening to what you were
14 trying to tell them at the scene, was everything done in a
15 professional fashion from your viewpoint; although they had
16 a one-sided conversation, leaving that aside, but getting
17 some information, taking over, arguing with you, taking you
18 down?
19    A. Well, to me, shouldn't you have a reason to arrest
20 me to begin with?
21    Q. I understand that you have -- well, you know you
22 were arrested. There was a charge.
23    A. Oh, but --
24    Q. What I'm saying is, during the course of that -- I
25 know you disagree with the reason.

Page 57

1    A. Okay.
2    Q. -- but during the process, it was done
3 professionally?
4    A. Yeah.
5    Q. Is your sister presently working?
6    A. No.
7    Q. Has she complained to you of any problems she has
8 from this incident?
9    A. Yeah.
10    Q. And what is that?
11    A. Her neck and pains.
12    Q. In what area?
13    A. In her neck.
14    Q. Anything else?
15    A. That's about it.
16    Q. When you were meeting in that other room with your
17 sister and Attorney Spinella, what were you discussing?
18    A. He just told me to tell the truth.
19    Q. Absolutely. Anything else?
20    A. That's about it.
21    Q. Okay.
22    A. This is the first time I even met the man.
23    Q. A wise decision.
24    A. I'm just saying.
25    Q. Ever talk it him on the phone before today?

15 (Pages 54 to 57)

fc2617c4-07dc-4dc9-a2dd-51d2ebb72f44

Page 58

1    A.  No.
2    Q.  Is it accurate that you didn't want Ricky to hurt
3  himself?
4    A.  Of course.
5       MR. BERK:  I have nothing further.  Thank you.
6
7       CROSS-EXAMINATION BY MR. SPINELLA:
8
9    Q.  Just one question.  When you went back to your
10  house and the police brought you back to your house, did you
11  allow the police to follow you into the house, or did they
12  just do that on their own?
13    A.  They did it.  I had no idea they were even going
14  to do that.  I was just going to get my stuff and go.
15    Q.  So it's not as if you gave your consent to them to
16  enter the house?
17    A.  No.  I walked in, and I was going to give them my
18  three guns, whatever it was, and they walked right in behind
19  me.
20       MARYANNE ZADROWSKI:  That's really important right
21    here.
22    Q.  (By Mr. Spinella)  About the garage, was the
23  garage locked when you were not in it?
24    A.  Always.
25    Q.  And who has the keys to your garage?

Page 59

1    A.  Me.
2    Q.  And you alone?
3    A.  Yeah.  They're right here.  It's the only ones.
4       MR. SPINELLA:  Nothing further.
5       MR. BERK:  I have nothing further.
6
7       (Deposition concluded at 11:20 a.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 60

1              CERTIFICATE
2
3       I, Christine E. Borrelli, a Notary Public and Licensed
4  Court Reporter for the State of Connecticut, do hereby
5  certify that the deposition of WALTER M. ZADROWSKI, was
6  taken before me pursuant to the Connecticut Practice Book at
7  the Law Offices of Gordon, Muir & Foley, LLP, Ten Columbus
8  Boulevard, Hartford, Connecticut, commencing at 10:30 a.m.
9  on Friday, September 10, 2010.
10       I further certify that the witness was first sworn by
11  me to tell the truth, the whole truth, and nothing but the
12  truth, and was examined by counsel, and his testimony was
13  stenographically reported by me and subsequently transcribed
14  as herein before appears.
15       I further certify that I am not related to the parties
16  hereto or their counsel, and that I am not in any way
17  interested in the events of said cause.
18       Witness my hand this 20th day of September, 2010.
19
20
21       _____
22       Christine E. Borrelli
         Notary Public
         CT License No. 117
23
24  My Commission Expires:
    June 30, 2011
25

Page 61

1         CERTIFICATE OF DEPONENT
2
3
4       I, WALTER M. ZADROWSKI, have read the foregoing
5  transcript of the testimony given at the deposition on
6  Friday, September 10, 2010, and it is true and accurate to
7  the best of my knowledge and/or with the changes as noted in
8  the attached errata sheet.
9
10
11       _____
         Walter M. Zadrowski
12
13
       Subscribed and sworn to before me this _____
14
15  day of _____, 2010.
16
17       _____
         Notary Public
18  My Commission Expires:
19
20
21  CIVIL ACTION NO:  3:09-CV-1367-MRK
    MARYANNE ZADROWSKI v. TOWN OF PLAINVILLE, ET AL
22  WALTER M. ZADROWSKI (AM) SEPTEMBER 10, 2010
23
24  CB
25

16 (Pages 58 to 61)