# EXHIBIT D

{00564010.DOC}

