EXHIBIT E

{00564010.DOC}

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
_____
                                 :   CIVIL ACTION NO.
MARYANNE ZADROWSKI               :   3:09-CV-1367-MRK
                                 :
vs.                              :
                                 :
TOWN OF PLAINVILLE, ET AL        :
_____:   SEPTEMBER 10, 2010
```

DEPOSITION OF:  BARBARA ZADROWSKI

APPEARANCES:

    LAW OFFICES OF A. PAUL SPINELLA
        Attorneys for the Plaintiff
        One Lewis Street
        Hartford, CT 06103
    BY:  A. PAUL SPINELLA, ESQ.

    GORDON, MUIR & FOLEY, LLP
        Attorneys for the Defendants
        Ten Columbus Bouulevard - 3rd Floor
        Hartford, CT 06106
    BY:  JON BERK, ESQ.

IN ATTENDANCE:
Maryanne Zadrowski

              Christine E. Borrelli
           Connecticut License No. 117
            Registered Merit Reporter

NIZIANKIEWICZ & MILLER REPORTING SERVICES

Page 2

1 ...... Deposition of BARBARA ZADROWSKI, a witness,
2 taken on behalf of the Defendants, in the herein before
3 entitled action, pursuant to the Connecticut Practice Book,
4 before Christine E. Borrelli, duly qualified Notary Public
5 in and for the State of Connecticut, held at the Law Offices
6 of Gordon, Muir & Foley, LLP, Ten Columbus Boulevard,
7 Hartford, Connecticut, commencing at 11:50 a.m. on Friday,
8 September 10, 2010.
9
10         S T I P U L A T I O N S
11
12    It is hereby stipulated and agreed by and among counsel
13 for the respective parties that all formalities in
14 connection with the taking of this deposition, including
15 time, place, sufficiency of notice, and the authority of the
16 officer before whom it is being taken may be and are hereby
17 waived.
18    It is further stipulated and agreed that objections
19 other than as to form are reserved to the time of trial.
20    It is further stipulated and agreed that the reading
21 and signing of the deposition transcript by the deponent is
22 hereby not waived.
23    It is further stipulated and agreed that the proof of
24 the qualifications of the Notary Public before whom the
25 deposition is being taken is hereby waived.

Page 3

1             I N D E X
2
3
4 WITNESS              DIRECT  CROSS  REDIRECT  RECROSS
5
  Barbara Zadrowski      4      52
6
7
8
9
10 EXHIBIT                          PAGE:
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1    BARBARA ZADROWSKI, called as a witness by the
2 Defendant, having first been duly sworn by the Notary, was
3 examined and testified on her oath as follows:
4
5    DIRECT EXAMINATION BY MR. BERK:
6
7    Q. Would you state for the record your name and --
8    A. You need to speak up. I'm a little bit hard of
9 hearing.
10   Q. That's fine. I'll speak up. Is that better?
11   A. Yes.
12   Q. Would you state for the record your name and
13 current address?
14   A. Barbara Zadrowski, 129 Shuttle Meadow Road,
15 Plainville, Connecticut.
16   Q. In October of 2008, who lived with you at that
17 address?
18   A. My son, Walter, permanent resident. My grandson,
19 Rick, was staying with us for a few days.
20   Q. Did you know why Rick was staying with you for a
21 few days?
22   A. Well, he was getting into some difficulty.
23 Maryanne thought that my son would be a good influence, that
24 maybe he could talk to him and help him to straighten
25 himself out.

Page 5

1    Q. And what was that difficulty that he was having?
2    A. I don't recall. There was an incident of breaking
3 into a car.
4    Q. Well, did she have the conversation with you to
5 have Ricky stay over, or did she have it directly with
6 Wally?
7    A. No. She just said, Can Ricky come and stay for a
8 few days, and I said all right.
9    Q. But did you understand what the difficulties or
10 problems were that Ricky was having?
11   A. Well, I understood that he had been drinking
12 somewhat.
13   Q. Was there any time set on how long he was going to
14 live with you?
15   A. No. He wasn't going to live with me, just stay
16 for a few days.
17   Q. Was there any limit tags on how long he was going
18 to stay with you?
19   A. No.
20   Q. This matter happened in late -- withdrawn. Do you
21 know if Ricky has been in prison at all?
22   A. Yes.
23   Q. And when was he in prison?
24   A. Oh, goodness. I don't remember when he went in,
25 but I think he got out in July. He was in for a few months.

Page 6

1  Q. Do you know what he was in jail for?
2  A. There was a larceny. I don't know what else.
3  Q. And do you know how long he was in jail?
4  A. I think it was a couple months. I'm not certain.
5  Q. And was Joey in prison?
6  A. Yes.
7  Q. And how long was he in prison?
8  A. Three months.
9  Q. And what was he in prison for?
10 A. There was an assault. He got into a fight with
11 another kid. The kid hit him, Joey hit him back, but I
12 guess because the kid was younger, they arrested Joey.
13 Q. Okay.
14 A. And there was larceny by possession.
15 Q. Possession of what?
16 A. A phone.
17 Q. Of a phone?
18 A. Cell phone.
19 Q. Oh, cell phone?
20 A. That's my understanding, at any rate.
21 Q. On the evening of this incident, when did you
22 first learn that -- is it Wally --
23 A. Wally.
24 Q. -- your son --
25 A. Right.

Page 7

1  Q. -- had called your daughter to have Ricky picked
2  up?
3  A. When he came in from the garage. I don't remember
4  the time of the night it was. It was dark already.
5  Q. All right. And what were you doing at that time?
6  A. He was watching TV, and I was on the computer.
7  Q. And did you have a TV that worked at that time?
8  A. A TV that worked?
9  Q. Yes.
10 A. Yes.
11 Q. And you were on the computer?
12 A. Uh-huh.
13 Q. And the TV is close to the computer?
14 A. Yeah.
15 Q. And the computer, I think your son stated, is
16 somewhat close to where the back door is to your house?
17 A. Yeah. It's used to be a porch, and now it's
18 enclosed.
19 Q. Got you.
20 A. It's only 8 feet wide.
21 Q. So he comes in from the garage?
22 A. Yes.
23 Q. And what does he say to you?
24 A. He said to call Maryanne. He said, Rick is drunk
25 and he wants Maryanne to come and get him.

Page 8

1  Q. And who called Maryanne, you or your son?
2  A. I did, I believe, or Wally. I don't recall for
3  sure. Maybe it was Wally.
4  Q. Does he own a cell phone, do you know?
5  A. Yes, but it's one of those Go Phones. It's out of
6  time.
7  Q. What is the number for your land line?
8  A. 860-747-8216.
9  Q. And is the telephone, the land line, close to
10 where the computer is?
11 A. Yeah. He was standing in the kitchen.
12 Q. Do you know if it was him or you that called?
13 A. I think it was him.
14 Q. All right. And did you overhear that
15 conversation?
16 A. Yeah.
17 Q. And what did he say?
18 A. He just told her, Maryanne, you have to come and
19 get Ricky. He's flipping out, and I want him out of here.
20 Q. Did you hear him mention anything about
21 threatening to kill himself?
22 A. No. I don't think so.
23 Q. And after he made that call, what did your son do?
24 A. Well, I talked to him for a few minutes, and then
25 he went in the living room and sat down.

Page 9

1  Q. And what did you talk about in those few minutes?
2  A. Well, I asked him what happened. He said Rick
3  came home drunk. He had left the house to go register to
4  vote, and that was in the late morning, and this was late
5  night and he was just coming home.
6  Q. Okay.
7  A. And that's when Wally told me he was flipping out
8  and Wally told me that he said life sucks and he's going to
9  kill himself.
10 Q. Then did your son indicate to you that he had --
11 he offered Rick the rifle?
12 A. No. He said he pointed to it.
13 Q. And what did he say? What do you recall him
14 saying after he pointed to the rifle?
15 A. Well, to the effect that if you want to, there is
16 a rifle.
17 Q. How many guns did your son have at that time in
18 the garage and house, if you know?
19 A. Oh, only the one that I know of.
20 Q. Which was the rifle?
21 A. The .22 rifle.
22 Q. Were you aware of him having any other guns?
23 A. In the garage, no.
24 Q. Were you aware of him having any other guns in the
25 house?

3 (Pages 6 to 9)

Page 10

1   A. Absolutely. There have always been.
2   Q. Do you know how many guns he had in the house?
3   A. Pardon?
4   Q. Do you know how many guns he had in the house?
5   A. Actually, I don't know if you could classify them
6   as his. They were my husband's. My husband died. I
7   consider them mine.
8   Q. Were you aware that there were other weapons in
9   the household?
10  A. Sure.
11  Q. And you know what type they were?
12  A. Hunting shotgun, rifle. My husband used to take
13  the boys deer hunting.
14  Q. At any time while you were sitting at the computer
15  or watching television, could you hear anything that Ricky
16  said outside?
17  A. No.
18  Q. At one point, your daughter drives over. How were
19  you made aware that she was there?
20  A. She pulled into my backyard, and she came into the
21  house.
22  Q. All right. But did you hear her? See the lights?
23  How did that work?
24  A. See what lights?
25  Q. The headlights from her car.

Page 11

1   A. Oh, as she came down the driveway, I saw the
2   driveway was lit up.
3   Q. And where did you see that from?
4   A. Wait. I have to get my glasses.
5   Q. Sure. This is not to scale. This is the house
6   showing the back porch and steps. The garage is over there.
7   A. Right.
8   Q. Wally was showing us how you have to come up the
9   driveway.
10  A. The driveway, uh-huh.
11  Q. And he said Maryanne parked approximately there
12  with her car.
13  A. Right, right.
14  Q. After she parked her car, she came into the house?
15  A. Yes.
16  Q. And was anyone with her?
17  A. My grandson Joey and his girlfriend are with her.
18  Q. And do you remember what her name is? Brittany?
19  A. Brittany. I don't know her last name.
20  Q. And did they come in through the back door?
21  A. Yes.
22  Q. And do you remember about what time that was?
23  A. No.
24  Q. Okay.
25  A. It was late, I know. Well, late. For me, late.

Page 12

1   After nine, ten. I don't really remember.
2   Q. And did you have any conversation -- withdrawn.
3   Between the time that your son called your daughter to come
4   pick up Ricky, did you hear or see Ricky at all in that time
5   period?
6   A. No. He didn't come into the house.
7   Q. Did you get up to ask him to come into the house?
8   A. No.
9   Q. And was there any particular reason you didn't ask
10  him to come in the house?
11  A. Pardon?
12  Q. Is there any particular reason you didn't ask him
13  to come in the house?
14  A. I didn't ask him not to. I didn't ask him to. I
15  had no conversation with him.
16  Q. I mean, did you try to work this out at all,
17  whatever he was going through?
18  A. There wasn't anything for me to work out. It
19  was -- his mother and himself that had to work it out.
20  Q. So your daughter comes with Joey and his
21  girlfriend. What conversation did you have?
22  A. Well, Maryanne had called the Plainville police
23  and requested that they meet her at the corner Citgo station
24  where she requested that they take Ricky to the hospital for
25  observation.

Page 13

1   Q. Was this a call she made in your presence or --
2   A. No. I believe she was outside at that time. And
3   when she came into the house, she said, Ma, the Plainville
4   police want to know if they could come here instead of
5   meeting us at the Citgo station.
6   Q. And what did you say?
7   A. I said I don't -- that's fine with me. I just
8   don't need no lights and sirens to attract the entire
9   neighborhood.
10  Q. All right. Did you observe your daughter outside
11  talking to the police?
12  A. Not initially no. I stayed where I was. It
13  wasn't my affair.
14  Q. Before she called the police, did you have any
15  conversations about Ricky's condition and what he had said
16  to Wally?
17  A. Only that he came home drunk and that he and Wally
18  had words and Wally wanted her to take him home.
19  Q. Was there any conversation about him going to
20  Hartford or to go to Hartford and get a gun?
21  A. I heard that, but, I mean -- I was told that, but
22  I didn't hear it myself.
23  Q. Who told you that?
24  A. My daughter.
25  Q. And do you know where she got that information

### Page 14

1  from?
2  A. From her son.
3  Q. When did she talk to -- there is a call to the
4  police. She came in the house. Had she talked to her son
5  at all at that point?
6  A. I don't think so, not yet. He was hiding.
7  Q. How do you know he was hiding?
8  A. Well, when Wally came in the house, he told me
9  that Ricky had gone off into the woods.
10 Q. Okay.
11 A. And then Maryanne told me that she got him on
12 this -- on his cell phone.
13 Q. Do you know what his cell phone number was at that
14 time?
15 A. No.
16 Q. The conversation about whether the police could
17 come as long as they didn't put the lights and sirens on,
18 was Ricky there?
19 A. No.
20 Q. What happened following that phone call?
21 A. Well, the police arrived. They didn't pull down
22 into the yard. They stayed at the end of the driveway, and
23 Maryanne was outside. I was in the house and my son was in
24 the living room watching TV. I didn't go out at that point.
25 Q. Did you hear any of the conversation between

### Page 15

1  Maryanne and the police officers who came?
2  A. No.
3  Q. Do you know how many police officers were there?
4  A. I believe there were three.
5  Q. And did you at any time hear raised voices?
6  A. No.
7  Q. Did you ever hear Ricky shout or use an elevated
8  voice?
9  A. Not initially, no.
10 Q. But at one point, did you hear him?
11 A. After I went outside.
12 Q. And when did you go outside?
13 A. Well, the officer wanted to talk to my son, so I
14 called him. He went out, and --
15 Q. Did you go tell your son to go out or did somebody
16 else?
17 A. I just called him from the living room and I said
18 that the cop wants to talk to you.
19 Q. Okay.
20 A. So he went outside.
21 Q. Did Joey go get your son or was Joey outside?
22 A. I believe he was outside, but there was no
23 getting. I mean, I was here. There is the kitchen, then
24 there is the living room.
25 Q. Okay.

### Page 16

1  A. Wally, Come on, the cop wants you.
2  Q. Okay.
3  A. That was it.
4  Q. And how long was that after the police had first
5  arrived that they wanted to talk to your son?
6  A. Not a great deal of time.
7  Q. And did Wally go outside and talk with the police?
8  A. Yes.
9  Q. Did you overhear any of that conversation?
10 A. I didn't overhear the actual words. I was looking
11 through the window and watching.
12 Q. So you didn't hear any of the conversation?
13 A. Not really, no.
14 Q. Did you observe Ricky at any place during this
15 time?
16 A. Ricky was in front of his mother's car or in that
17 area, and he was shouting and jumping up and down.
18 Q. Was he out of control?
19 A. To an extent, yes, I mean, certainly not acting
20 normally and calmly.
21 Q. And did you hear what he was shouting about?
22 A. Yes. He was shouting at the officer, My uncle did
23 not hand me a gun. My uncle did not hand me a gun.
24 Q. Did he shout anything else?
25 A. That's not what I said he's telling the cop.

### Page 17

1  That's not what I said.
2  Q. Did he say anything else?
3  A. That was the gist of the entire thing. I don't
4  remember exact words, but --
5  Q. Did you hear Ricky shout, He offered me a gun and
6  told me to go ahead and shoot myself?
7  A. Of course not. No, I did not. He said, My uncle
8  pointed to it.
9  Q. And you overheard him say that?
10 A. Yes.
11 Q. Were you aware of any other shouting he did?
12 A. Well, by this time, the officer, he was in my
13 son's face screaming at him.
14 Q. In the deposition that I just took of your son, he
15 said that both of them had elevated voices. Are you saying
16 that the officer was screaming at him?
17 A. Well, he was shouting, yes. He was not talking in
18 a conversational voice.
19 Q. All right. And did you overhear any of that
20 conversation? We can just start with yes or no.
21 A. The cop was telling my son.
22 Q. Did you hear the conversation?
23 A. Not the entire conversation because I was in the
24 house for the most part of it.
25 Q. And there is a door that is closed?

Page 18

1  A. The back -- the door and the windows were closed.
2  It was a cold night in October, just before Halloween.
3  Q. So you have to go through one doorway to the back,
4  the enclosed porch, and then down the stairs?
5  A. No. From where I was sitting -- I'm sitting over
6  here at the computer --
7  Q. Right.
8  A. -- and the back door is right here.
9  Q. Right.
10  A. I just have to open it and walk out on the back
11  stoop.
12  Q. And you said you heard a part of the conversation
13  with the police officer?
14  A. Yes.
15  Q. And what part did you hear?
16  A. Just that he was yelling at my son, Is that the
17  right thing to do? Are you crazy? Are you stupid? That
18  type of thing. I don't remember word-for-word, but it was a
19  confrontational thing.
20  Q. What happened next?
21  A. He put my son's hands behind his back and he
22  secured them with handcuffs.
23  Q. And where did he put the handcuffs on your son?
24  In other words, where was your son located?
25  A. Almost directly in front of me.

Page 19

1  Q. You said they had this conversation?
2  A. Yes.
3  Q. Did he handcuff him where this conversation take
4  place?
5  A. Yes.
6  Q. Did he take him around to the side of the house --
7  A. No.
8  Q. -- to handcuff him?
9  A. Well --
10  Q. Did he move him from the spot where the
11  conversation was taking place?
12  A. This is a very small area. From my back step, my
13  car was parked right here. They were -- Wally was leaning
14  against the back of my car, and then the driveway is right
15  here. So this is a very small area. Now, I don't remember
16  did he put the cuffs on right here. But by the time they
17  got to the driveway area, Wally was handcuffed and I asked
18  the cop, I said, Where are you taking my son and why are you
19  doing this?
20  Q. And was there a response?
21  A. There was none.
22  Q. Okay.
23  A. I said, What are you charging him with? Is he
24  under arrest? What is going on? No response.
25  Q. All right. But where you saw him talking with the

Page 20

1  officer, was it generally the area where they turned around
2  and cuffed him?
3  A. Yeah. It's only a matter of --
4  Q. Are you aware that your grandson Joey said about
5  his uncle, he told me to fucking shoot myself?
6  A. My grandson Joey?
7  Q. I'm sorry. Your grandson Ricky.
8  A. No.
9  Q. Are you aware that he said that?
10  A. No. I didn't hear it. I didn't speak to my
11  grandson about this incident at all in any way.
12  Q. And after the incident, did you talk to him about
13  it at all?
14  A. Ricky? No. I did not.
15  Q. All right. So your son has been arrested. Do you
16  know how many officers were there talking with him at the
17  time?
18  A. Well, there was one that was in his face.
19  Q. Yes.
20  A. He went around the house, and I assumed he took
21  him to the cruiser.
22  Q. Was there more than one officer there? That's
23  what I'm asking.
24  A. There was three of them that arrived
25  simultaneously. I don't remember -- in my way of thinking

Page 21

1  as I looked back on it, it was like a divide and conquer
2  situation. He took Ricky to the car.
3  Q. Ricky or Walter?
4  A. Pardon?
5  Q. Ricky or Walter?
6  A. I mean, Walter, my son.
7  Q. Right.
8  A. Ricky was jumping around in front of Maryanne's
9  car. There was an officer -- Maryanne was asking them,
10  Where are you going with my brother? What are you charging
11  him with? She was asking him when they were going to take
12  Ricky under control because he was still jumping around and
13  yelling, If you're talking my uncle you better take me, too.
14  Q. Did he use profanity?
15  A. Pardon?
16  Q. Did he use profanity?
17  A. I don't recall. He might have, I don't recall.
18  Q. And did you observe Ricky get arrested?
19  A. No.
20  Q. Was Ricky, at that time that he was jumping around
21  when Walter was being escorted down the driveway, did he
22  seem to be again out of control?
23  A. Well, you know, there are degrees. I mean, he
24  wasn't a raving lunatic, but he was yelling. He was running
25  around back and forth. He was upset, you could see that.

Page 22

1  And he just said, If you're talking my uncle, you have to
2  take me.
3     Q. Where was Joey at that time?
4     A. I don't know. He was in the backyard. There
5  was -- he and his girlfriend were, I believe, in the
6  backyard.
7     Q. And would the backyard be --
8     A. Everything took place in this little area, maybe
9  20 feet.
10    Q. You're indicating an area to the side, but the
11 front of the garage and to the side?
12    A. No, the back of the house.
13    Q. Right. What I was going to say is the side of the
14 house, but towards the back?
15    A. The back of the house, right here, and from where
16 Maryanne's car was. I believe there was an officer over
17 here. I don't remember if one officer went up the driveway
18 with Wally or two. I don't recall that.
19    Q. But what I'm interested in is Joey. You said he
20 was in the backyard?
21    A. I don't remember. I was not interested in Joey's
22 goings on at that point.
23    Q. Did you ever observe Joey at all from the time
24 that your son was arrested until the time that your grandson
25 was arrested?

Page 23

1     A. I don't recall.
2     Q. Were you outside when your --
3     A. Yes.
4     Q. Let me finish my question.
5     A. Sorry.
6     Q. Were you outside when your grandson was arrested?
7     A. At the point that Wally was escorted up the
8  driveway, I believe that Maryanne and Ricky were in that
9  same area on the side of the house. I was on the stoop at
10 that point.
11    Q. And that's why I am -- I want to know what you
12 actually saw. You told me as Walter was being escorted
13 down?
14    A. Yes.
15    Q. Ricky was jumping around, yelling, Why are you
16 arresting him, you should arrest me.
17    A. Yes.
18    Q. Not a raving maniac, but --
19    A. Upset.
20    Q. -- upset?
21    A. Yes.
22    Q. And my question is, I asked -- and my questions
23 are very specific. Did you see Ricky get arrested, or did
24 you go back into the house or go towards the back of the
25 house?

Page 24

1     A. I did not go back into the house at that point, I
2  don't believe, although I might have. I don't recall. I
3  don't recall that.
4     Q. All right. Was there anyone standing with you at
5  the back of the house at that point?
6     A. I believe at this point Maryanne had already
7  called and asked for a sergeant or a lieutenant or someone
8  to come.
9     Q. And did you hear that conversation?
10    A. Yes.
11    Q. And where was Maryanne when that conversation took
12 place?
13    A. In the backyard.
14    Q. And when you say in the backyard --
15    A. Over here between the house and the garage.
16    Q. And when you're in the backyard between the house
17 and the garage, can you see the where your driveway meets
18 the street?
19    A. Can you see where the driveway meets the street?
20 No.
21    Q. Can you see -- if you're in the backyard, can you
22 see halfway down the driveway?
23    A. No.
24    Q. Can you see any way down the driveway, or is
25 that --

Page 25

1     A. No. Just like if I was standing right here on the
2  stoop, I could see --
3     Q. To the side?
4     A. -- Maryanne's car.
5     Q. All right.
6     A. However, I do have a motion light on that side of
7  the house.
8     Q. Okay.
9     A. So anyone that was coming or going would activate
10 that light and I would know that someone was there.
11    Q. But if you're in the backyard, your vision is
12 blocked from seeing who is in the driveway?
13    A. Yeah.
14    Q. All right. So Walter is arrested. You're in the
15 back area. What do you recall observing next? I'm sorry.
16 You said you heard Maryanne call for a supervisor?
17    A. Yes.
18    Q. And did she use any profanity in that
19 conversation?
20    A. I don't -- she may have. I don't know. I don't
21 recall.
22    Q. What happened next that you observed?
23    A. Well, they came -- Maryanne had gone up the
24 driveway when Ricky and Wally were -- well, it wasn't
25 simultaneous. Wally was taken up first. Ricky was taken up

NIZIANKIEWICZ & MILLER REPORTING SERVICES

33d5de8d-b795-4dde-a183-b1342b0b870d

Page 26

1  later, and Maryanne had gone up the driveway. I was on the
2  back step, and an officer came over to me and asked me who
3  lived in the house. And I told him that my son and I did.
4  And then everything started with the, We have to get in your
5  house and search for weapons.
6      Q. Do you remember with whom you were speaking?
7      A. Pardon?
8      Q. Do you know with whom you were speaking, the name?
9      A. Who was it?
10     Q. Yes, if you know.
11     A. I only know it was the lieutenant, the older
12 gentleman.
13     Q. And what did you tell him when he asked permission
14 to go in the house?
15     A. I told him he was not going into my house.
16     Q. And after you told him that you were not going
17 into my house, did they, at that time, go into the house?
18     A. No.
19     Q. Now, let me go back to what you're saying. You're
20 saying Wally was escorted to the front of the driveway,
21 although you didn't physically see that?
22     A. Right.
23     Q. Did Maryanne go walk up to the head of the
24 driveway also?
25     A. I don't know how far she walked up.

Page 27

1      Q. But she walked someplace where you couldn't see
2  her?
3      A. Well, I got off the step and watched them walking
4  Wally up to the car.
5      Q. And did you see --
6      A. You have to understand it, there was a lot of
7  confusion. The cop then asked me if he could -- he needed
8  to go into the garage to take this gun.
9      Q. Was this a different officer?
10     A. Yes.
11     Q. What I'm trying to do is take this step by step.
12 So, you see Walter?
13     A. Well, before the lieutenant got there, I believe
14 it was -- before the lieutenant got there, that's when they
15 told me they had to go into the garage.
16     Q. And did they go in the garage?
17     A. I told them that the garage was locked, and I
18 don't have a key to it.
19     Q. Okay.
20     A. And he asked me, Who has a key? And I said, My
21 son does. And he trotted up the driveway and came back with
22 my son's keys.
23     Q. And this is before you talked to the lieutenant?
24     A. I believe so, yes.
25     Q. And where was Maryanne at this point?

Page 28

1      A. I don't remember.
2      Q. Where was Ricky at this point?
3      A. I believe Ricky was already in the cruiser.
4      Q. All right. So, to the best of your knowledge, was
5  Ricky arrested before the lieutenant spoke with you?
6      A. I believe so.
7      Q. Was Ricky arrested before the lieutenant got to
8  your house?
9      A. Before what?
10     Q. Before he arrived at your house.
11     A. I can't really recall. I really don't remember.
12 It was just a lot of confusion.
13     Q. All right. Do you remember where Joey was at this
14 point?
15     A. Joey was in the backyard with his girlfriend.
16     Q. And at any time while you were out -- when was the
17 next time you went back into the house?
18     A. I only went in to get something to drink, and I
19 came right back out again.
20     Q. And was Joey still in the backyard?
21     A. Yes.
22     Q. And as the events transpired, when was the next
23 time you went into your house?
24     A. When was the next time?
25     Q. Yeah.

Page 29

1      A. That I did what?
2      Q. Went back into your house.
3      A. Not until everything was over with, as far as I
4  can recall.
5      Q. All right. So you were outside standing by the
6  porch or on the porch with whatever events occurred until it
7  was all over?
8      A. Yeah.
9      Q. And from that position, you couldn't see into the
10 driveway?
11     A. I didn't stay on the back step. I came down into
12 the yard. I walked around a little bit, you know. Like I
13 said, I did go over to see as they were taking my son up the
14 driveway. And I was standing in the backyard, not actually
15 on the stoop.
16     Q. And during this entire time was Joey and his
17 girlfriend in the backyard?
18     A. Pretty much of the time I believe, yeah.
19     Q. You mentioned that at one point the lieutenant
20 came towards the rear and asked whether he could collect
21 guns from your house and you said no?
22     A. First they went into the garage.
23     Q. Right. They took the rifle that was in the
24 garage. What I'm turning to is -- okay. After they did
25 that, what happened next?

NIZIANKIEWICZ & MILLER REPORTING SERVICES

33d5de8d-b795-4dde-a183-b1342b0b870d


## Page 30

1  A. Then I was -- I don't remember if it was the
2  lieutenant or the sergeant, but they were all telling me
3  they had to get in my house and search for guns for safety
4  reasons. Whose safety? Your grandson's. Well, he's not
5  here. He's going to jail. He's not coming back here. He
6  doesn't live here. We have to take the weapons. And I
7  said, No, you're not. They are not illegal. They belong to
8  me. I'm not doing anything wrong by having them, and you're
9  not going in my house.
10  Q. Okay.
11  A. My daughter called you to help her son. I have no
12  involvment here other than I own the property.
13  Q. And then after you had this conversation with the
14  lieutenant, what happened next?
15  A. Well, at that point, after he -- well, he said to
16  me that I had better get off this step and get out of the
17  way or I was liable to get hurt.
18  Q. He didn't go in the house. Is that correct?
19  A. No.
20  Q. So did you move from where you were standing or
21  did you stay where you were standing?
22  A. At that point, I stayed where I was standing.
23  Q. And did they move you at all?
24  A. What?
25  Q. Did they move you? Did the police move you?

## Page 31

1  A. They never put a hand on me, just the verbal
2  threatening.
3  Q. And the verbal threat was?
4  A. That if I didn't get out of the way and allow them
5  into my house, I was liable to get hurt. Then they told me
6  if I let my dog out, they were going to shoot her.
7  Q. Who said that?
8  A. One of the younger officers.
9  Q. I guess I'm confused. I thought you told me when
10  you had the conversation it was only the lieutenant.
11  A. Everybody was right in that area. It's not a huge
12  area.
13  Q. But whether it's a huge area or not, I can have
14  someone 10 feet out here and they're not in the conference
15  room. Was the conversation taking place between you and the
16  lieutenant?
17  A. Yes.
18  Q. Was there any other conversation that you had with
19  anyone else while you were talking to the lieutenant, with
20  anyone else?
21  A. I don't recall.
22  Q. And so you had this conversation with the
23  lieutenant. By this time, did you know if Ricky had been --
24  I'm sorry -- whether Ricky had been arrested?
25  A. I believe so.

## Page 32

1  Q. But you didn't observe him physically get
2  arrested?
3  A. No.
4  Q. Do you know where he got arrested in the driveway?
5  A. I believe that he started walking up the driveway
6  when they were taking my son away, and maybe it was at that
7  point that he was taken under control. I don't know. I
8  don't know.
9  Q. And was Maryanne by the side of her car then?
10  A. Not at that point. She was walking sort of like
11  to go where Wally was or to find out from the officer that
12  took control of Wally what was happening.
13  Q. And did you observe how far she went on the
14  driveway, or was your view blocked?
15  A. I know she went at least halfway because at that
16  point I was standing sort of --
17  Q. You could see her?
18  A. On the side where I could see, yeah.
19  Q. And at one point, did she stop going down the
20  driveway?
21  A. I don't remember.
22  Q. At one point, did she turn around and come back?
23  A. Yes.
24  Q. Did she come back into the backyard?
25  A. Yes.

## Page 33

1  A. Well, she came back down the driveway, yeah.
2  Q. And did she come to this back area where the back
3  door is?
4  A. No.
5  Q. Where did she come to?
6  A. She walked down the driveway and was walking where
7  her car was parked.
8  Q. Okay.
9  A. She was on the driver's side.
10  Q. And was anyone with her at the driver's side of
11  her car?
12  A. She was walking down the driveway alone, and then
13  a police officer came down in back of her.
14  Q. You saw this?
15  A. Yes.
16  Q. And you said was she walking by her car at this
17  point?
18  A. Yeah. She was walking, and then she stopped and
19  she took out her cell phone and she was making a call.
20  Q. And do you know who she was calling?
21  A. Her attorney.
22  Q. And at this point, which way was she facing?
23  A. Towards the back, that way.
24  Q. In other words, towards the garage?
25  A. The garage.

NIZIANKIEWICZ & MILLER REPORTING SERVICES

33d5de8d-b795-4dde-a183-b1342b0b870d

Page 34

1   Q. All right. And where were you at this point?
2   A. I was standing on the side. Her car was here. I
3   was standing between the house and the car.
4   Q. All right. You're indicating a spot -- if you
5   draw a diagonal between this X and the side, it was
6   somewhere in there?
7   A. Right.
8   Q. Where was Ricky?
9   A. I believe he was already in the cruiser. I don't
10  really recall for sure.
11  Q. Had Ricky been arrested at this point?
12  A. I think he had, but I'm not positive.
13  Q. And where was Joey?
14  A. Joey and -- after the cop opened the garage and
15  made Joey go inside, after they accompanied Joey into the
16  garage and he came back out again, I don't remember if he
17  and his girlfriend went into the house -- no. I'm wrong. I
18  was standing here, Joey was over here. I don't know where
19  his girlfriend was. She may have been sitting on this step
20  or she could have been in the house, but I don't remember.
21  Q. Joey was by the back stoop, the stairs leading up?
22  A. I was -- let's say I was in the center of the
23  driveway, Joey was sort of on the corner of the house.
24  Q. You don't know where the girlfriend was?
25  A. At that point, no.

Page 35

1   Q. And your daughter Maryanne, was she standing at
2   the time or was she walking?
3   A. She had been walking back down the driveway and
4   then she stopped and she was on her cell phone or trying to
5   call someone.
6   Q. And did she walk down towards the street at any
7   time? You told me she walked down when Walter was arrested.
8   Is that correct?
9   A. Yeah.
10  Q. Did you observe her talk to the lieutenant at all?
11  A. No.
12  Q. Did you observe her, Ricky, the lieutenant and the
13  sergeant having a conversation at all?
14  A. No.
15  Q. You stated that at this point you could see down
16  the driveway. Is that correct?
17  A. Yes.
18  Q. And at any time while you were standing there, did
19  you observe Ricky, your daughter, the lieutenant and the
20  sergeant talking to each other in a group?
21  A. I didn't see that, no.
22  Q. Did you observe your daughter walk back up the
23  driveway to where she made the phone call by the car?
24  A. Yes.
25  Q. But before that, you didn't observe your grandson

Page 36

1   being arrested?
2   A. Not that I can recall, no.
3   Q. Nor did you observe your grandson, your daughter,
4   the lieutenant and the sergeant talking together in a group?
5   A. No.
6   Q. All right. You saw your daughter walk all of the
7   way. How far down the driveway was she when she was walking
8   back to her car?
9   A. Well, this was at the point where one of the
10  officers came up to me and started questioning me about who
11  lived in the house.
12  Q. Okay.
13  A. So that I was not observing what was going on at
14  that point.
15  Q. And the person you said was the lieutenant?
16  A. No. This was a patrolman or just a regular
17  officer.
18  Q. As to who lived in the house?
19  A. Yes.
20  Q. Had the lieutenant or sergeant arrived at this
21  point?
22  A. Yes, I believe they had.
23  Q. And did the conversation with the lieutenant take
24  place after this one about who lived in the house?
25  A. Oh, goodness. I believe it was after Maryanne was

Page 37

1   choked. I'm not certain.
2   Q. All right.
3   A. I would have to say that that entire incident left
4   me in a total state of shock, so I can be --
5   Q. What I'm trying to determine is you told me you
6   were standing and you were actually down the driveway?
7   A. At the point when they were walking Wally to the
8   car, yes.
9   Q. And you observed your daughter walking back. Is
10  that correct?
11  A. After, yes.
12  Q. And you told me you did not observe any grouping
13  of the sergeant, lieutenant your daughter and your grandson?
14  A. I don't recall any of that.
15  Q. And your daughter walked back and then she was by
16  the side of her car?
17  A. Yes.
18  Q. And she made a phone call?
19  A. She was trying to make a phone call.
20  Q. And what did you observe next?
21  A. This cop got in back of her. He asked her who she
22  was calling. She said, I'm calling my attorney. He put his
23  arm around her neck, and he said, You're not calling anyone.
24  Q. And which side of the car was that, the driver's
25  or passenger's side?

10 (Pages 34 to 37)

Page 38

1  A. I believe the car was pulled in straight. It
2  would have been driver's.
3  Q. And did you observe your daughter at any time
4  walking down the driveway by her car and being stopped by
5  the police?
6  A. I don't recall that, no.
7  Q. What did you observe after -- was the officer
8  talking to her face to face at that point?
9  A. No.
10 Q. Well, you said who are you calling. I mean, she
11 was --
12 A. He was in back of her.
13 Q. He said who are you calling. Did she turn around?
14 A. No, she continued. She was trying to search a
15 number on her cell phone. And she said, I'm calling my
16 attorney.
17 Q. Did she turn around?
18 A. No.
19 Q. And you said he grabbed her from behind?
20 A. Yes.
21 Q. And other than grabbing her from behind, what else
22 did he do, if anything?
23 A. He had one -- he had one arm, I believe,
24 restrained and his arm other arm around her neck. She was
25 able at that point to throw me her cell phone and told me to

Page 39

1  call her attorney. I don't know how to use her cell phone,
2  so I gave it to Joey.
3  Q. And what did Joey do?
4  A. At that point, I wasn't paying attention.
5  Maryanne was gasping. I mean, to the point where she
6  couldn't breathe. I thought this cop was going to kill her,
7  I really did.
8  Q. How long did he hold her, if you recall?
9  A. Had to be thirty, forty-five seconds. He didn't
10 just grab her and release her. He put pressure to the point
11 where she was (witness making noise) like that.
12 Q. Did he ask her to calm down?
13 A. No. She was not out of control. There was no
14 reason for him to ask her that question.
15 Q. All right. At any time that you observed her, was
16 she using profanity or raising her voice?
17 A. She was upset with the way things were being
18 handled. She was asking, When are you going to take my son?
19 It's the reason you're here.
20 Q. Did you hear her using profanity at any time?
21 A. She may have. I don't recall actual words.
22 Q. Did you observe your son being arrested and your
23 daughter coming from the backyard and being told by the
24 officer not to go down to where her son was being arrested?
25 A. Being told by who?

Page 40

1  Q. By a police officer, the police officer that
2  grabbed her saying, Don't go down there?
3  A. If that happened, I didn't see it. That would
4  have been a separate incident.
5  Q. At one point, the officer let her go. What
6  happened next?
7  A. Her throat was dry and irritated and she ran into
8  the house to get something to drink, and then she came right
9  back out.
10 Q. And where was the officer at this point?
11 A. I believe he was still standing in that area. I'm
12 not certain.
13 Q. And can you describe that officer for me?
14 A. Tall, over six feet, overly developed arms. His
15 arms were like a side of beef, real thick, muscular.
16 Q. And what happened next?
17 A. What happened?
18 Q. Yeah. Your daughter came out. What happened
19 next?
20 A. I believe at that -- that's the point where I got
21 on to my back stoop when the lieutenant was telling me he
22 had to enter my house, and I was telling him he was not
23 going to be allowed to.
24 Q. And where did the lieutenant -- where did the
25 lieutenant come from?

Page 41

1  A. He was in the backyard. I don't know at what --
2  my eyes were not everywhere. I'm telling you what I focused
3  on, and that's all I can do.
4  Q. And when you say your daughter walking back to the
5  back of the house and the one officer followed her, did you
6  see any other officer?
7  A. I don't remember any. I don't remember seeing
8  anybody else.
9  Q. All right.
10 A. Like I said, this one was distracting me here.
11 She was over there.
12 Q. When you spoke with the lieutenant -- and you have
13 told me the conversation about how he wanted to get in
14 because of the guns and you explained to him there is no
15 problem.
16 A. Several times he insisted that he was going to
17 enter the house, so did the other police officers.
18 Q. All right. And you explained to me about the
19 issue about forcibly moving you aside?
20 A. About what?
21 Q. Forcibly moving you aside?
22 A. Yes.
23 Q. And about the dog which may have been a younger
24 officer?
25 A. Right.

11 (Pages 38 to 41)

Page 42

1  Q. This is my question, at that time when you were
2  speaking with the lieutenant, did you tell him what you
3  observed happen to your daughter?
4  A. No. He was right there. He saw it.
5  Q. You just told me there were no other police
6  officers there, that's why I asked you.
7  A. Do you want to start this from the beginning
8  again? They were at different points in the yard.
9  Q. And you told me that they were walking down with
10 Walter. You said that Ricky wasn't there. I asked you
11 specifically -- well, let's do it differently. Did you ever
12 complain to the lieutenant when that happened to your
13 daughter?
14 A. No.
15 Q. Did you complain to anyone from -- at the police
16 department as to what you observed happen to your daughter?
17 A. No.
18 Q. Did you ever fill out a written statement as to
19 what you observed happened to your daughter?
20 A. No.
21 Q. Did you ever speak with an attorney as to what
22 happened to your daughter?
23 A. Not until after Maryanne herself spoke with an
24 attorney at one point. This was quite a while later. I
25 spoke briefly with Mr. Spinella.

Page 43

1  Q. Did the officers at any time ransack your house?
2  A. They didn't go into my house at that point.
3  Q. Later in the evening when they came back with
4  Walter, they came into your house?
5  A. Uh-huh.
6  Q. She can only take down verbal answers.
7  A. I'm waiting for you to finish your question.
8  Q. The police came back with Walter?
9  A. Right.
10 Q. Do you recall that?
11 A. Yes.
12 Q. And did they ransack your house?
13 A. No.
14 Q. At any time, did they ransack your house?
15 A. No.
16 Q. After you had this conversation with the
17 lieutenant, what did you observe next?
18 A. There was more back and forth about coming in to
19 search the house, about how it was for safety reasons and so
20 forth and so on. I don't recall the length of the time
21 involved, but that's when the lieutenant said, Okay, let's
22 go. And that's when they left.
23 Q. You just told me in regards to you didn't complain
24 to the lieutenant because he was there. Could you point out
25 to me on this diagram where the lieutenant was standing when

Page 44

1  the other officer restrained your daughter?
2  A. He was in this area.
3  Q. So you're saying he's in the backyard area --
4  A. Yes.
5  Q. -- which would be between the garage and the
6  house?
7  A. Yes.
8  Q. And the other officer was restraining her on the
9  driver's side of her car --
10 A. Right.
11 Q. -- which was between the house and the garage?
12 A. Right.
13 Q. Was there any other officer in the vicinity other
14 than the lieutenant?
15 A. I don't know. My eyes were riveted on her.
16 Q. Okay.
17 A. By this time, I was in a state of shock. I
18 couldn't believe what was happening.
19 Q. Did you call the police and report this episode?
20 A. No. It wasn't -- I don't believe it was -- it was
21 up to Maryanne to handle what had happened to her.
22 Q. All right. After the lieutenant said, Let's go,
23 did the police leave?
24 A. I believe so.
25 Q. What happened next?

Page 45

1  A. We went into the house. Maryanne was calling the
2  station. She wanted to know how long it would be before she
3  could pick up her brother. I was just traumatized. I
4  couldn't stop shaking. I don't recall total conversations.
5  I only know that Maryanne was trying to find out how long
6  they were holding my son. She called probably four or five
7  times or -- I don't know, wanting to go and get him and pick
8  him up.
9  Q. And are you aware of what the police told her
10 about picking him up?
11 A. The first several calls, they weren't finished
12 with him yet. He was still -- there making a statement or
13 wherever it was. And then I believe one of them told her
14 that they were going to notify her when she could come or
15 she was going to call them to see when she could come. And
16 so when she called, she was told that they were bringing him
17 home.
18 Q. And did they bring him home?
19 A. Two officers brought him.
20 Q. And was that the time when the officer came and
21 got the other weapons?
22 A. Yes. He entered -- he came into the house and
23 they came in right after him.
24 Q. Have you spoken to Joey about this incident?
25 A. Not really, no.

Page 46

1   Q. Did you ever asked him what he saw?
2   A. No.
3   Q. Did you ever ask Brittany what she saw?
4   A. No. I didn't discuss the incident with Ricky at
5   all.
6   Q. No, Joey.
7   A. Or Ricky or Joey. In fact, even when I discussed
8   it with Maryanne, it leaves me like this. I get upset.
9   Like almost as if it were post traumatic stress disorder.
10  Q. Were you upset with the fact that both of your
11  grandsons have already been in prison?
12  A. I wasn't happy with it, but by the same token,
13  Maryanne, as a single mother, was doing everything that she
14  could to he keep them out of trouble, and when they got in
15  trouble, she did everything that she could to see that it
16  was handled properly.
17  Q. But did it upset you that they were in prison?
18  A. I didn't lose sleep over it. I wasn't happy with
19  the situation, but that was that.
20  Q. Now, I'm going to show you a statement which we
21  had marked as Defendant's 1 in Walter's deposition.
22  A. Where do you want me to look at?
23  Q. What I was going to ask you is if you have seen
24  this statement before today?
25  A. I did glance at it, I believe.

Page 47

1   Q. And where did you glance at it?
2   A. I think Maryanne had a copy.
3   Q. And when was that that you looked at it?
4   A. Oh, dear. Probably about the time that we were
5   served the subpoena.
6   Q. If you could take a brief moment and read that
7   statement?
8   A. Okay.
9   Q. Just when Maryanne briefly showed it to you, you
10  saw it?
11  A. Yes.
12  Q. Have you talked to Walter about this statement or
13  Wally?
14  A. No, not really. I had discussed it with him
15  beforehand, or when he was talking with Maryanne, and I was
16  there about the incident
17  Q. Right. Is it accurate that Richard's father died
18  in 2002?
19  A. I don't remember the exact year, but yeah, it was
20  around there.
21  Q. Is it accurate that since Ricky had no father
22  figure anymore, your daughter brought Ricky around the house
23  so Wally could talk to him?
24  A. Yes.
25  Q. And at the time this happened, Ricky had been

Page 48

1   staying over the house for about one week?
2   A. Yeah. Maybe less than that. I don't recall the
3   length of time, to tell you the truth.
4   Q. Do you know of any facts or anything that you have
5   been told that your son -- I'm sorry -- that your grandson,
6   Ricky, was aware that the gun that was offered to him was
7   not loaded?
8   A. Well, regardless of what it says in the statement,
9   it was my understanding that it was a gesture made towards
10  the location of the gun, not that it was handed to him.
11  Q. My question is a little different. Are you aware
12  whether Ricky knew that the gun was unloaded that was
13  gestured to or he invited him to take or whatever?
14  A. Wally never kept loaded weapons around. I would
15  assume that Ricky knew that.
16  Q. Well, that's what I'm asking you. Put aside
17  assumptions. Do you know of any knowledge, firsthand
18  knowledge?
19  A. Ricky didn't come up to me and say, Busia, was the
20  gun loaded? No. I don't know that. As I'm saying, Wally
21  never kept a loaded weapon.
22  Q. I understand, but do you know or do you have any
23  firsthand information whether Ricky knew it was unloaded?
24  A. I would have to say that he probably did.
25  Q. And what information do you base that on?

Page 49

1   A. Whenever or whatever time -- I should say that --
2   that Wally was cleaning a gun or whatever, he might have
3   been doing with it, it was just understood that there were
4   no loaded weapons anywhere. I would think that Ricky would
5   have understood that. Did he know it, I cannot say.
6   Q. All right. Did you ever hear any of the officers
7   asking your daughter to calm down?
8   A. No. I can't say that I did. I know she was upset
9   because they were -- when the officers said that if I didn't
10  get out of the way he was -- I was liable to get hurt.
11  Maryanne did get upset and begin shouting at him.
12  Q. But that was with the lieutenant who was at the
13  back of the house after the episode where you said you
14  observed your daughter being restrained by the over six foot
15  officer?
16  A. The episode what?
17  Q. Where she was what you testified she was grabbed
18  by the officer?
19  A. Okay.
20  Q. So you have told me --
21  A. Oh, this happened several times. This was not
22  just one episode. It was said several times to me that they
23  had to enter the house and that I was going to get hurt if I
24  didn't get out of the way.
25  Q. Who said that to you?

Page 50

1  A. I cannot give you this chronologically because
2  everything was happening at the same time. Nobody asked me
3  permission to go into the garage. They just did it. They
4  were telling me they weren't asking my permission to enter
5  my house. They were insisting that it was going to happen.
6  Q. Let's just take a step back. You got a person
7  calling in to the police saying that her son has threatened
8  to kill himself. They ask whether there is any access to
9  weapons. She says, I don't know. I don't think so, then it
10 comes out that there is a rifle on the premises.
11 A. There was no --
12 Q. Wait let me finish. The police come there. They
13 have one person there who as your son, I think, said, he's
14 acting like a jackass. I mean, don't you think the police
15 should have some concern whether there is a danger to
16 individuals on that premises particularly --
17 A. There was no danger.
18 Q. Let me finish. -- that it's reasonable when there
19 is a claim that there is a gun, he said he's going to shoot
20 himself, that the safest thing to do would be to get the
21 guns out of there?
22 A. There was no danger.
23    MR. SPINELLA: I have an objection to the
24 question. You can answer, go ahead and answer.
25    MR. SPINELLA: You can answer. I just objected

Page 51

1  for the record.
2     THE WITNESS: There was no danger. The garage was
3  locked, secured.
4  Q. (By Mr. Berk) And then it was asked whether the
5  guns upstairs were locked and secured?
6  A. Yes, they were.
7  Q. Where were they locked?
8  A. They were upstairs in a bedroom.
9  Q. I understand.
10 A. They were in cases, gun cases. Besides that, no
11 one is allowed to just go upstairs in my bedroom area.
12 Q. And your underaged grandson isn't allowed to
13 drink, but he did drink?
14    MR. SPINELLA: Objection.
15    THE WITNESS: I don't have control over that.
16 Q. (By Mr. Berk) Right.
17 A. I do have control of my home.
18 Q. After that evening when Walter came back, do you
19 recall what happened the next day? Was there any phone
20 calls to the police?
21 A. I'm sorry. Would you please --
22 Q. Sure. The evening is over.
23 A. Yes.
24 Q. I'm just trying to wrap this up.
25 A. Okay.

Page 52

1  Q. Walter has returned home.
2  A. Yes.
3  Q. The officers took some of the other guns from the
4  premesis.
5  A. Yes.
6  Q. Is there anything that -- did you have any further
7  interaction with the police after that?
8  A. No.
9  Q. One final question. Do you know whether your
10 daughter got in contact with the attorney that evening or
11 early morning hours?
12 A. I don't believe that she contacted -- I think she
13 left him voicemails and such, and I believe she spoke to him
14 the next day.
15 Q. Thank you, ma'am.
16 A. You're welcome.
17
18    CROSS-EXAMINATION BY MR. SPINELLA:
19
20 Q. Did the police have permission to enter the
21 garage?
22 A. No, they did not.
23 Q. And it was locked?
24 A. Yes, it was.
25 Q. And it was common knowledge amongst your family

Page 53

1  members that those guns were unloaded?
2     MR. BERK: Objection to the form.
3     THE WITNESS: Absolutely. Well, there was no
4  discussion of guns. We don't sit around playing with
5  them.
6  Q. (By Mr. Spinella) Okay.
7  A. You know, they were put away.
8  Q. All right. But the guns were unloaded. Correct?
9  A. Oh, absolutely.
10 Q. And everybody in the family knew that?
11    MR. BERK: Objection to the form of the question.
12    THE WITNESS: Absolutely.
13 Q. (By Mr. Spinella) Did the police ask if the guns
14 were loaded?
15 A. No.
16 Q. They weren't --
17 A. Well, they didn't ask me, let's put it that way.
18 Q. All right. And did the police say that they would
19 shoot the dog if you let it out?
20    MR. BERK: Objection to the form.
21    THE WITNESS: Yes.
22 Q. (By Mr. Spinella) And who said that, do you
23 remember?
24 A. One of the officers that was there originally. I
25 don't know any of their names. There were no niceties.

Page 54

1  Q. And when the police officer -- this police officer
2  with the beefy arms grabbed your daughter around the neck,
3  did he do that after -- what did he say while he was doing
4  that?
5      MR. BERK: Objection to the form.
6      THE WITNESS: He told her that she wasn't F'ing
7  calling anybody.
8  Q. (By Mr. Spinella) And did he do that -- well, let
9  me put it this way. Was it your understanding that his arm
10 around her neck was an attempt to keep her from calling?
11     MR. BERK: Objection to the form of the question.
12 Q. (By Mr. Spinella) You can answer.
13 **A. I don't know what his intention was.**
14 Q. But did he say that while he was choking her?
15     MR. BERK: Objection to the form of the question.
16     THE WITNESS: Yes, that she wasn't calling
17 anybody.
18     MR. BERK: What's wrong with that question?
19     MR. SPINELLA: I don't have anything further right
20 now.
21     MR. BERK: Thank you.
22
23     (Deposition concluded at 1:00 p.m.)
24
25

Page 55

1           C E R T I F I C A T E
2
3      I, Christine E. Borrelli, a Notary Public and Licensed
4  Court Reporter for the State of Connecticut, do hereby
5  certify that the deposition of BARBARA ZADROWSKI, was taken
6  before me pursuant to the Connecticut Practice Book at the
7  Law Offices of Gordon, Muir & Foley, LLP, Ten Columbus
8  Boulevard, Hartford, Connecticut, commencing at 11:50 a.m.
9  on Friday, September 10, 2010.
10     I further certify that the witness was first sworn by
11 me to tell the truth, the whole truth, and nothing but the
12 truth, and was examined by counsel, and her testimony was
13 stenographically reported by me and subsequently transcribed
14 as herein before appears.
15     I further certify that I am not related to the parties
16 hereto or their counsel, and that I am not in any way
17 interested in the events of said cause.
18     Witness my hand this 20th day of September, 2010.
19
20
21     _____
           Christine E. Borrelli
22         Notary Public
           CT License No. 117
23
24 My Commission Expires:
   June 30, 2011
25

Page 56

1           CERTIFICATE OF DEPONENT
2
3
4      I, BARBARA ZADROWSKI, have read the foregoing
5  transcript of the testimony given at the deposition on
6  Friday, September 10, 2010, and it is true and accurate to
7  the best of my knowledge and/or with the changes as noted in
8  the attached errata sheet.
9
10
11     _____
           Barbara Zadrowski
12
13
       Subscribed and sworn to before me this _____
14
15 day of _____, 2010.
16
17     _____
           Notary Public
18 My Commission Expires:
19
20
21 CIVIL ACTION NO: 3:09-CV-1367-MRK
   MARYANNE ZADROWSKI v. TOWN OF PLAINVILLE, ET AL
22 BARBARA ZADROWSKI (PM) SEPTEMBER 10, 2010
23
24 CB
25