# EXHIBIT F

{00564010.DOC}

| Plainville Police Department | | Prosecutor's Report | 2008015162 |
|---|---|---|---|
| Report Date: 10/28/2008 | Occurred On or After: 10/27/2008 23:43 | And Before: | IncidentType: DISTURBANCE |
| Total Value Property Lost/Stolen: | $0.00 | Total Value Property Found/Recovered: | $0.00 |
| Street #: 129 | Street Name: SHUTTLE MEADOW RD | Apt/Flr:    OR Cross Street: | Investigating Officer: Arvai,Gregory 341 |
| | | | Supervisor: Mullins,Brian,610 |

## INVOLVED PERSONS

| Status | Name (L,F,M) / Street# Apt StreetName; City, State Zip | DOB | S | R | E | Soc Sec / Lic Info | Home / Business |
|---|---|---|---|---|---|---|---|
| A | Bright, Richard | 06/20/1989 | M | W | N | | (860) 819-7391 |
| | 17 Old Waterbury Road; Terryville, CT 06786 | | | | | CT | |
| | Offenses:    53a-181 Breach of Peace 2nd Degree     53a-167a Interfering with an Officer     53a-62 Threatening 2nd Degree | | | | | | |
| A | Zadrowski, Walter M | 03/23/1964 | M | W | N | | (860) 747-8216 |
| | 129 SHUTTLE MEADOW RD; Plainville, CT 06062 | | | | | CT | |
| | Offenses:    53a-64 Reckless Endangerment 2nd Degree | | | | | | |
| C | ZADROWSKI, MARYANNE | | | F | W | N | | (860) 819-7391 |
| | 129 SHUTTLE MEADOW RD; PLAINVILLE, CT | | | | | | |
| | Offenses: | | | | | | |

Person Status Codes: A-Adult Arrest B-Business C-Complainant J-Juvenile Arrest O-Other S-Suspect V-Victim W-Witness

## INVOLVED PROPERTY

| Status | Type | Qty | Year | Make | Model Name / Number | Style | Estimated Value |
|---|---|---|---|---|---|---|---|
| E | 13 | 1 | | Marlin | 80 | .22 cal bolt | $0.00 |
| | Color(s): | | State & Reg: | | SN #: NO SERIAL NUMBER | | |
| | Item #: 1    Photographed: ✓    Aggregate Weight: | | | | Field Test Result: | | |
| | Description: (1) .22 Caliber Marlin 80 Bolt Action Rifle | | | | | | |
| E | 12 | 1 | | Russian | Rifle | Bolt Action | $0.00 |
| | Color(s): | | State & Reg: | | SN #: 93619 | | |
| | Item #: 2    Photographed: ✓    Aggregate Weight: | | | | Field Test Result: | | |
| | Description: (1) Russian Bolt Action Rifle | | | | | | |
| E | 13 | 1 | | Mossberg | 185K-A | 20 GA | $0.00 |
| | Color(s): | | State & Reg: | | SN #: | | |
| | Item #: 3    Photographed: ✓    Aggregate Weight: | | | | Field Test Result: | | |
| | Description: (1) Mossberg 20 GA, model 185K-A | | | | | | |

Investigating Officer: *[signature]* Arvai,Gregory, ID # 341

Page(s) 1 of 4

Reviewed, Subscribed and Sworn to before me on this: ___ day of ___, ___

*[signature]* Shift Supervisor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Plainville Police Department** | | | | **Prosecutor's Report** | | | 2008015162 |
| E | 13 | 1 | Mossberg | Slugger | | 20 GA | $0.00 |
| | Color(s): | | | State & Reg: | | SN #: | |
| | Item #: 4 | Photographed: ☐ | Aggregate Weight: | | | Field Test Result: | |
| | Description: | (1) Mossberg Slugger 20 GA | | | | | |
| E | 13 | 1 | Eddystone | 200917 | | Bolt Action | $0.00 |
| | Color(s): | | | State & Reg: | | SN #: | |
| | Item #: 5 | Photographed: ☑ | Aggregate Weight: | | | Field Test Result: | |
| | Description: | (1) Eddystone Bolt Action Rifle | | | | | |
| E | 13 | | Marlin | | | | $0.00 |
| | Color(s): | | | State & Reg: | | SN #: | |
| | Item #: 6 | Photographed: ☐ | Aggregate Weight: | | | Field Test Result: | |
| | Description: | (1) Marlin magazine containing (5) .22 cal. Rounds | | | | | |

Property Status Codes:  D-Damaged  E-Evidence  F-Found  L-Lost  O-Other  R-Recovered  S-Stolen  V-Vehicle

### INCIDENT DESCRIPTION

"C" reported a possible suicidal male.

### LOCATION DESCRIPTION

129 Shuttle Meadow Road

### ACTION TAKEN

Maryanne Zadrowski contacted the Plainville Police Department to report her son, Richard Bright, is intoxicated and suicidal. Ofc. Chase, Ofc. Philips and I responded to investigate.

Upon arrival, I spoke with Bright. Bright appeared to be intoxicated and extremely agitated. I asked Bright why we were here this evening. At first Bright stated that he did not know. Then Maryanne Zadrowski started to yell, "He said he's going to fucking kill himself." I looked at Bright and asked him if he said that.

Bright stated that his uncle, Walter Zadrowski, and he got into an argument this evening. Bright stated that they were in the garage, when they were arguing. Bright stated that the argument was only verbal but Walter Zadrowski made him feel like "shit." Bright stated that he then told his uncle that his life "sucks" and that he just wanted to kill himself. Bright stated that his uncle then grabbed a gun, later identified as a .22 rifle, and presented it to him.

I asked Bright if he knew if the gun was loaded or not, and Bright stated "He did not know." I asked Bright if he took the gun from Walter Zadrowski, and he said "No." Bright stated Walter Zadrowski then stated "Here, if you want to kill yourself, here."

After hearing that, Ofc. Philips and I immediately went to the door of the 129 Shuttle Meadow Road and

Investigating Officer: Arvai, Gregory, ID # 341

Reviewed, Subscribed and Sworn to before me on this: _____ day of _____
Shift Supervisor

Page(s) 2 of 4

requested Walter Zadrowski to come outside. Once Walter Zadrowski was outside, I patted him down for weapons. No weapons were found on Walter Zadrowski's person.

I asked Walter Zadrowski what happened this evening. Walter Zadrowski stated this evening Bright and he were talking in the garage about what has been going on in his life. Walter Zadrowski stated that Bright started to become emotional. Walter Zadrowski stated that Bright then stated that he wanted to kill himself. Walter Zadrowski stated he asked Bright why he would want to kill himself, and Bright stated his life "sucks."

Walter Zadrowski stated he then grabbed a .22 caliber rifle and presented it to Bright. Walter Zadrowski then told Bright if you want to kill yourself "Here you go." I asked Walter Zadrowski if he was holding the gun in his hand, when he said "Here you go" and he said "Yes." Walter Zadrowski stated he was trying to teach Bright a lesson, not help Bright kill himself. Walter Zadrowski was then taken into police custody and placed in the rear of a police cruiser. When Walter Zadrowski was placed in the rear of the police cruiser, Ofc. Chase searched Walter Zadrowski. A search of Walter Zadrowski's person led to the discovery of an "ammunition magazine" for a .22 rifle containing five rounds. This magazine was later determined to fit and function in the rifle Zadrowski presented to Bright. Ofc. Bisnov monitored Walter Zadrowski, while officer's further investigated.

When Walter Zadrowski was taken into police custody, Bright started to yell and become more agitated. Bright then walked over, stood directly in front of me and stated "If you going to arrest him, fucking arrest me." I told Bright to back up, and calm down. It should be noted that Maryanne Zadrowski and her mother was present when this accrued. Bright then stated "You're a bitch, you fucking pig, I'll fuck you up right now." Bright then continued to yell and scream absentees at the officers on scene. At this time, Lt. Mullins, Sgt. Marques, and Ofc. Cybulski arrived on scene. Bright was then taken into custody for the listed charges.

Once the scene was under control, Ofc. Cybulski and I found two rifles in the garage, (1) .22 caliber Marlin 80 Bolt Action Rifle and (1) Russian Bolt Action Rifle, serial number 93619. These rifles were seized and logged into police custody.

While transporting Bright back to HQ, he continued to yell and swear at me. Bright stated that once he was "out," he was going to "fuck me up." Bright stated that he was going to find out who my family was and "fuck them up." Bright stated that he was going to find out where I lived, and brake in while I'm sleeping and I'd be "done." Bright told me that he was not threatening me, that these were promises.

Once at HQ, Sgt. Marques spoke with Walter Zadrowski further. Walter Zadrowski told Sgt. Marques the following. That tonight, Bright went out with some of his friends. When Bright returned home he was drunk, so Walter Zadrowski started to talk to him. Walter Zadrowski stated Bright started to become very agitated and began to talk about killing himself. Walter Zadrowski stated that they were in his garage when Bright continued to say he wanted to kill himself. Walter Zadrowski stated he has a .22 rifle on the workbench in the garage, which is unloaded. Walter Zadrowski stated he took the rifle off the bench and held it in front of Bright. Walter Zadrowski stated he then said "Here, is this what you want?" Walter Zadrowski stated he was not trying to help Bright hurt himself, he was only trying to make him think about what he was saying.

| Investigating Officer: | Reviewed, Subscribed and Sworn to before me on this: |
|---|---|
| Arvai, Gregory, ID # 341 | _____ day of _____ |
| Page(s) 3 of 4 | Shift Supervisor |

| Plainville Police Department | Prosecutor's Report | 2008015162 |
|---|---|---|

Sgt. Marques then asked Walter Zadrowski if he had anymore firearms in the house, and he stated he had a shotgun and a rifle. Sgt. Marques asked Walter Zadrowski if he would allow the police to seize these firearms for the time being, and Zadrowski agreed.

Walter Zadrowski was processed and released on a $2,500.00 non-surety bond. Walter is scheduled to appear in Bristol Superior Court on 11/10/2008.

Ofc. Bisnov and Ofc. Cybulski returned to 129 Shuttle Meadow Road, and seized (1) Mossberg 20 GA, model# 185K-A, (1) Mossberg Slugger 20 GA, and (1) Eddystone Bolt Action Rifle. Photographs were taken.

Bright was processed and held on a $10,000 non-surety bond. Bright is scheduled to appear in Bristol Superior Court on 11/10/2008. Bright was then committed to Bristol Hospital via 17a-503.

END REPORT

Case Status   Active: ☐   Inactive: ☐   Closed: ☑   Warrant Applied For: ☐   Transferred to DD: ☐
Forward Copy to: _____

Investigating Officer:

_____
Arvai, Gregory, ID # 341

Page(s) 4 of 4

Reviewed, Subscribed and Sworn to before me on this:
_____ day of _____

_____
Shift Supervisor