# EXHIBIT G

{00564010.DOC}

# Plainville Police - Voluntary Statement



The State of CT
The Town/City of Plainville

**2008-15162**
Case Number

**October 28, 2008**     **1:16**     **HQ**
Date of Statement     Time     Location Taken

I, Walter M. Zadrowski, after being duly warned at 01:16 on 10/28/2008, at HQ by Sergeant Richard Marques, to whom this statement is made:

1. I HAVE BEEN ADVISED AND KNOW THAT I HAVE THE RIGHT TO REMAIN SILENT    *WZ*
2. I HAVE BEEN ADVISED AND KNOW THAT ANYTHING I SAY CAN BE USED AGAINST ME IN COURT    *WZ*
3. I HAVE BEEN ADVISED AND KNOW THAT I HAVE A RIGHT TO AN ATTORNEY AND THAT THE ATTORNEY CAN BE WITH ME WHILE I AM BEING QUESTIONED BY THE POLICE    *WZ*
4. I HAVE BEEN ADVISED AND KNOW THAT IF I CANNOT AFFORD AN ATTORNEY, ONE CAN BE APPOINTED FOR ME AND I MAY HAVE HIM WITH ME BEFORE ANSWERING ANY QUESTIONS    *WZ*
5. I HAVE BEEN ADVISED AND KNOW THAT I CAN REFUSE TO ANSWER QUESTIONS; OR, I MAY STOP ANSWERING QUESTIONS AT ANYTIME I SO DESIRE    *WZ*
6. NOW THAT I HAVE BEEN ADVISED OF MY RIGHTS AND THAT I FULLY UNDERSTAND THESE RIGHTS, I AM WILLING TO BE INTERVIEWED AND ANSWER QUESTIONS. I DO NOT WISH THE PRESENCE OF AN ATTORNEY AT THIS TIME. I AM WAIVING THESE RIGHTS FREELY WITHOUT ANY FEAR, THREAT, OR PROMISES BEING MADE TO ME.    *WZ*

I, Walter M. Zadrowski, was born on March 23, 1964 in Southington, CT. I have lived at 129 Shuttlemeadow Rd.; Plainville, CT for the past 40 Years. I have completed 12 years of school and can read and write English. I am giving this statement at HQ to Sergeant Richard Marques of my own free will, with neither threat nor promise made to me. I understand that I have the right to remain silent; that anything I may say or any statements I make to a police officer can be used against me in court; that I am entitled to the services of an attorney; if I am unable to pay for the services of an attorney, I will be referred to a Public Defender Office where I may request the appointment of an attorney to represent me; I may consult with an attorney before being questioned, may have an attorney present during questioning and I can not be questioned without my consent.

That, I live at 129 Shuttlemeadow Rd. in Plainville with my mother Barbara. I have a sister MaryAnn who has a son named Richard Bright. Richard is 19 years old. Richard's father died in 2002. Since Richard has no father figure anymore my sister brings Richard around my house so I can help him and talk with him. Richard has been staying over my house for about one week.

Tonight Richard was out with friends and returned to my house about 9pm. Richard was drunk and as I began to talk with him he became very agitated. I don't know why he became agitated but he began to talk about killing himself. Richard and I were in my garage talking when he continued to talk about his problems and how he wanted to kill himself. I have a .22 rifle in my garage which I keep by my work bench unloaded. I took the rifle off the bench and held it in front of Richard. I said, "here, is this what you want?" I was not trying to help him hurt himself, I was only trying to make him think about what he was saying.

I know what I did was wrong and I did not intend to allow Richard to hurt himself. I have told Sgt. Marques that he

I have read, or had read to me the statement above. By signing the statement, I affirm that the statement is true and accurate to the best of my knowledge. I understand that making a false statement intended to mislead a law enforcement officer in his official function is a violation of the law and could result in my being fined or imprisoned.

_Walt_____    10/28/08
Person Giving Statement    Date

Subscribed and sworn to before me on this: 28 day of October 20 08

_____    10/28/08    _____
Witness to Signature    Date    Sworn Law Enforcement Officer or Notary Public

# Plainville Police - Voluntary Statement Continuation

| Walter M. Zadrowski | | D.O.B.: 3/23/1964 | |
|---|---|---|---|
| Statement Given By | | | |
| October 28, 2008 | 1:16 | HQ | 2008-15162 |
| Date of Statement | Time | Location Taken | Case Number |

may take possesion of other guns in my house for safekeeping. I don't want Richard to hurt himself.

---

I have read, or had read to me the statement above. By signing the statement, I affirm that the statement is true and accurate to the best of my knowledge. I understand that making a false statement intended to mislead a law enforcement officer in his official function is a violation of the law and could result in my being fined or imprisoned.

_____    10/28/08     Subscribed and sworn to before me on this: 28 day of Oct. 20 08
Person Giving Statement        Date

_____    10/28/08     _____
Witness to Signature           Date     Sworn Law Enforcement Officer or Notary Public