# EXHIBIT J

{00564010.DOC}

DEPARTMENT OF POLICE SERVICE
PLAINVILLE, CONNECTICUT

OFFICE OF THE CHIEF

GENERAL ORDER NO. 13  
STATEMENT OF POLICY:  
EFFECTIVE: May 1, 1991

Policy Prohibiting The  
Use of Excessive Force

1. **PURPOSE**

   To update regulations governing the use of force in making arrest Also to comply with the recent federal amendment which reads as follows:

   None of the funds appropriated under Title II of this Act under the heading entitled Community Planning and Development, Community Development Grants, to any department, agency, or instrumentality of the United States may be obligated or expanded to any municipality that fails to adopt and enforce a policy prohibiting the use of excessive force by law enforcement agencies within the jurisdiction of said municipality against any individuals engaged in nonviolent civil rights demonstrations.

2. **POLICY STATEMENT**

   As you are well aware, police department policy, state statutory law, and state and federal constitutional law have prohibited the use of excessive force by police at any time for any type of criminal or other activity. The basic rule is that in all cases an officer shall use only such force as is necessary to effect t arrest. For example, when attempting to apprehend a misdemeanan a firearm may not be used. Moreover, there is never an excuse, and it is always against the law and violation of departmental policy, to use more force than is necessary. (General Orders # # 7, Regulations 161-162-169)

   Also peaceful (non violent) demonstrators are never arrested in Plainville, nor should they be, and only demonstrators who engag in criminal activity would be subject to arrest for this crimina behavior.

   By Order Of:

   Chief of Police  
   Plainville Police Department

There is one (1) page  
contained in this Policy