EXHIBIT K

{00564010.DOC}

# DEPARTMENT OF POLICE SERVICE
## PLAINVILLE CONNECTICUT

## OFFICE OF THE CHIEF

**GENERAL ORDER NO.25**     Use of Taser Electronic
**STATEMENT OF POLICY**    Immobilization Device
**EFFECTIVE: MAY 31, 2006**

### 1. Purpose

To establish policy concerning the use of the Taser Electronic Immobilization Device by sworn members of the Plainville Police Department.

### 2. Policy

It is the policy of this Department that officers will use that force which is reasonably necessary to take a person into custody or defend themselves or another from harm. As such, the Taser device may be used when aggression is shown through actions or words, to control a person who does not comply with verbal commands. The taser is not meant to replace self-defense techniques, OC spray, baton, Less lethal shotgun or firearms.

### 3. Authorized Equipment

The Plainville Police Department shall authorize the X-26 Taser with 21 Foot air cartridge.

### 4. Force Continuum

The Plainville Police Department recognizes five distinct levels of force in the use of force continuum.

The use of the X-26 Taser is considered on the same level of force as chemical agent/pepper spray and baton.

Firearms
Less-Lethal Shotgun
Baton/Chemical agent-Pepper spray/Taser
Soft hand
Verbal Commands

## 5. Field Deployment

Only officers who are certified by a Taser Instructor and who have demonstrated proficiency will be authorized to deploy the Taser. Officers will be annually re-certified in Taser use.

The Taser shall be kept loaded with a 21-foot air cartridge.

Two (2) extra air cartridges will be carried in the approved Taser holster.

At the start of each shift the officer carrying the Taser shall perform the readiness test of the Taser as prescribed in the training class. Ie. spark test and digital battery readout.

Taser shall be carried with the safety on and secured in either a drop side holster (off side) or worn on the duty belt on the off side.

Officers deploying the Taser shall provide and document first aid and/or medical assistance (EMS) as necessary and appropriate to those effected by the Taser.

In those instances where subjects were struck by the Taser probes, Medical personnel (EMS) shall respond and evaluate the subject.

Once the subject is subdued and compliant, Officers shall remove probes from the subject unless they are embedded in sensitive areas ie. head, neck, groin. If such sensitive areas are effected, medical personnel may remove the probes. If medical personnel believe a doctor should remove the probes, then the subject shall be transported to the hospital for probe removal.

Fired probes and air cartridges shall be treated as biohazard material and disposed accordingly.

## 6. Documentation

As with any use of force, Officers will document Taser deployment in the police report. Additionally, a Taser use notification sheet shall be completed and forwarded to the Taser Instructor. The specific Taser unit used in the incident shall be taken off-line (if practical) to have its information downloaded by the Taser Instructor. Once the instructor has downloaded the Taser, the Taser unit shall be returned to service.

By Order of:

Chief of Police
Plainville Police Department

There are two (2) pages
Contained in this Policy