# Exhibit A

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MARYANNE ZADROWSKI | : | CIVIL ACTION NO. |
|  | : | 3:09-CV-1367-MRK |
| vs. | : |  |
|  | : |  |
| TOWN OF PLAINVILLE, ET AL | : |  |
|  | : | SEPTEMBER 10, 2010 |

DEPOSITION OF:   WALTER ZADROWSKI

APPEARANCES:

    LAW OFFICES OF A. PAUL SPINELLA
        Attorneys for the Plaintiff
        One Lewis Street
        Hartford, CT 06103
    BY:   A. PAUL SPINELLA, ESQ.

    GORDON, MUIR & FOLEY, LLP
        Attorneys for the Defendants
        Ten Columbus Bouulevard - 3rd Floor
        Hartford, CT 06106
    BY:   JON BERK, ESQ.

IN ATTENDANCE:

Maryanne Zadrowski

Christine E. Borrelli
Connecticut License No. 117
Registered Merit Reporter

NIZIANKIEWICZ & MILLER REPORTING SERVICES

fc2617c4-07dc-4dc9-a2dd-51d2ebb72f44

### Page 22

1   with someone?
2   Q. Did he threaten to -- said his life sucks or
3   threaten to kill himself?
4   A. Yeah.
5   Q. What did he say?
6   A. He said -- I can't say verbatim.
7   Q. Just the gist.
8   A. You know, just everything sucks, and I'm tired of
9   this, and I should just kill myself.
10  Q. And what did you do in response to that statement?
11  A. I took my gun and I said, Here you go.
12  Q. And what did he do when you said, Here you go?
13  A. He said no.
14  Q. And what happened next?
15  A. I put the gun back on my bench, and we left the
16  garage.
17  Q. At that point, did he threaten to kill himself?
18  A. It wasn't -- that really wasn't even an issue.
19  That was just his way of getting my goat. You know what I
20  mean?
21  Q. And he got your goat. You called your sister?
22  A. Oh, yeah. Well, how much of that would you listen
23  to before you called someone?
24  Q. I'm just trying to -- I'm not questioning your
25  actions. I'm just --

### Page 23

1   A. I'm just saying.
2   Q. -- trying to determine what those actions were.
3   A. Yep.
4   Q. Did you hear him at any time say he wanted to go
5   to Hartford to get a gun?
6   A. No.
7   Q. The gun that you said "Here you go" with, was that
8   a rifle?
9   A. Yeah.
10  Q. And what type of rifle was it?
11  A. A .22.
12  Q. Did it have any ammunition in it?
13  A. No.
14  Q. Did you take the ammunition out before you?
15  A. The clip is always in my pocket.
16  Q. And the clip was in your pocket that night?
17  A. Always.
18  Q. And why did you keep the clip in your pocket?
19  A. So it's not in the gun.
20  Q. Safety reasons?
21  A. Yeah.
22  Q. But it's there in case you need it for something?
23  A. Right.
24  Q. Did Ricky know that the gun was unloaded?
25  A. Of course.

### Page 24

1   Q. He knew it was unloaded?
2   A. Of course. There was no guns loaded in my yard.
3   Q. Had you told him that the gun was unloaded?
4   A. No.
5   Q. Well, how would he know that the gun was unloaded?
6   A. He's in my garage all of the time.
7   Q. Well, did he know specifically when he went out to
8   check whether it had any ammunition?
9   A. He don't go in my stuff unless I'm there.
10  Q. What I'm asking is, did you ever say, Ricky, I
11  have a .22 in the garage, but don't worry. It doesn't have
12  any ammunition in it?
13  A. No.
14  Q. So you're not aware of any source that
15  specifically told him that there was no ammunition in the
16  gun?
17  A. No. It's just a common -- it's a common fact,
18  that's all.
19  Q. You mean that people don't keep loaded guns
20  around?
21  A. No. Meaning that in my yard, there is none
22  loaded.
23  Q. But he --
24  A. They had been -- they grew up with me. You know
25  what I mean?

### Page 25

1   Q. Other than that generalized belief, you don't
2   recall any specific statement given to him that the gun
3   wasn't loaded?
4   A. Not by me.
5   Q. Are you aware that he later claimed that you told
6   him he should go shoot himself?
7   A. Well, I just told you that.
8   Q. Okay.
9   A. I said, If you think that that's your best move,
10  here. He never took the gun.
11  Q. Right.
12  A. I just made the gesture for him to think, you
13  know, is that what you really want?
14  Q. You mean about --
15  A. I don't know even know how to explain it. It was
16  like when you have a kid that says, I want to run away.
17  Then what do you say, go ahead. That was the intent.
18  Q. Okay.
19  A. There was never any harm to come of this.
20  Q. Right. But you had reached and said, I had
21  enough, you called your sister?
22  A. Yeah.
23  Q. You called your sister because, as you said, he
24  was acting like a jackass?
25  A. Yeah. I said, Come pick him up. He has to go

Page 26

1  home now.
2    Q. Do you recall what you said to your sister during
3  that conversation?
4    A. Yeah. I said, Come pick him up. He's got to go
5  home now. And I said, Tomorrow you come over and we'll
6  talk.
7    Q. Did you tell her why you wanted him picked up?
8    A. Yeah, because he's out of control and I'm not
9  going to deal with it great, okay.
10   Q. All right. Where did that conversation take
11 place? Poor question. When you spoke to your sister, did
12 you have a cell phone?
13   A. No.
14   Q. You had a land line?
15   A. Yep.
16   Q. And where was the land line located?
17   A. In the house.
18   Q. Which room?
19   A. I was in the kitchen.
20   Q. And where was Ricky at this point?
21   A. He was outside.
22   Q. What was he doing outside, if you know?
23   A. Just sitting on the step.
24   Q. Was your mother present at this time?
25   A. She was in the house.

Page 27

1    Q. Do you know where she was?
2    A. She was on the computer.
3    Q. Did he engage in any jackass behavior in front of
4  your mother?
5    A. No. He didn't come in the house.
6    Q. How long was it until your sister arrived?
7    A. I'd say about a half hour.
8    Q. And during that half hour, what was going on with
9  Ricky, if you know?
10   A. Oh, he was just sitting on the back step.
11   Q. He wasn't saying anything, doing anything at that
12 point?
13   A. No.
14   Q. So he was just sitting there, and you had no
15 further conversation with him?
16   A. No.
17   Q. Did you tell him that his mother was coming over?
18   A. Oh, yeah. I told him that before I went in the
19 house.
20   Q. And what was his reaction to that?
21   A. Just whatever.
22   Q. And where did he keep his belongings at that
23 point? Was it in the end room?
24   A. Yeah.
25   Q. And at one point did your sister arrive?

Page 28

1    A. Yeah.
2    Q. And where did she park her car?
3    A. That I don't know. I was in the living room.
4    Q. Did you hear her drive up?
5    A. Oh, yeah.
6    Q. And did you go out to talk with her, or did she
7  come into the house?
8    A. No. I was in the living room.
9    Q. Did you get up to go talk to your sister at all?
10   A. Nope. I told her I would talk to her tomorrow.
11   Q. And why didn't you want to talk to her that night?
12   A. I had enough.
13   Q. Enough of?
14   A. The crap.
15   Q. From Ricky?
16   A. The whole thing, yeah.
17   Q. When you say "the whole thing" --
18   A. I was just sitting down relaxing.
19   Q. Did she pull her car, headlights up, towards the
20 garage?
21   A. I would imagine, yes.
22   Q. And that would put the passenger's side closest to
23 the house?
24   A. Yep.
25   Q. And the driver's side would be on the other side

Page 29

1  and you could see -- what happened next? You're on the
2  computer. What happened next?
3    A. Oh, I was in the living room. I didn't even know
4  what happened next.
5    Q. Did you come into -- did she come into the house?
6    A. I can't even say that. I don't know.
7    Q. Did she have any conversations with your mother?
8    A. I would imagine.
9    Q. If you're in the living room --
10   A. Yep.
11   Q. -- would you see the person coming through the
12 back door?
13   A. No.
14   Q. If you're in the living room, would you know that
15 they were in the kitchen?
16   A. If I'd hear them. I mean, I wouldn't be able to
17 see them.
18   Q. The living room leads into what room or a hallway?
19   A. The kitchen -- like where I showed you is the
20 kitchen.
21   Q. Right.
22   A. The living room is the furthest one over here. It
23 goes this way.
24   Q. So right here is --
25   A. Right.

Page 30

1  Q. -- "LR" for living room. Okay?
2  A. I'm like on the furthest corner.
3  Q. At that point, you had washed your hands of it?
4  A. Exactly.
5  Q. Do you recall explaining to your mother at any
6  time what was going on between you and Ricky?
7  A. No.
8  Q. All right. So from the living room, though, you
9  can hear a car arrive?
10 A. Yes.
11 Q. What happened next?
12 A. The only thing I can remember that happened next
13 is the police came.
14 Q. Did you see your mother come from wherever -- you
15 weren't sure whether she was upstairs or in another room.
16 Did you ever see her go out the back door to either talk to
17 Ricky or to go see Maryanne or anything along those lines?
18 A. No. She was sitting on the computer, which is
19 right, like I say, like six or eight feet from the door.
20 Q. So your mother was on the computer?
21 A. Uh-huh.
22 Q. The computer is not in the living room?
23 A. No. It's on the back porch.
24 Q. All right. And could you see her on the computer
25 from where you were sitting in the living room?

Page 31

1  A. No.
2  Q. And so the next thing you know is the police
3  arrive?
4  A. Right.
5  Q. And how did you become aware that the police
6  arrived?
7  A. They asked me to come outside.
8  Q. You're in the living room. How did you know that
9  there were police there?
10 A. Joey came in and told me they want to talk to me.
11 Q. Did you know that before Joey came into the living
12 room that Joey was there also?
13 A. No, I didn't know.
14 Q. Were you aware Joey had brought a girlfriend or a
15 female acquaintance with him?
16 A. Not until he came in.
17 Q. Was she with him?
18 A. She wasn't with him when he came in to get me.
19 Q. Do you know what your sister had told the police
20 about what Ricky had said or done?
21 A. Not until after the fact.
22 Q. What did she tell you after the fact?
23 A. That she called them to pick him up and she said
24 that he was threatening to kill himself.
25 Q. And in front of you, had he threatened to kill

Page 32

1  himself?
2  A. Yeah.
3  Q. Did she tell you anything else about what she told
4  the police about Ricky?
5  A. That's all I know.
6  Q. All right. So you're in the living room. Joey
7  comes in?
8  A. Yep.
9  Q. By the way, were you aware that Ricky had told the
10 police that he was offered a rifle and you --
11 A. No.
12 Q. Are you aware today that Ricky said that you had
13 offered him a rifle to the police?
14 A. I don't know that for a fact.
15 Q. Did you say anything to Joey or did you just go
16 outside?
17 A. No. I went outside.
18 Q. All right. And did you have a conversation with
19 the police?
20 A. Well, I tried to.
21 Q. How many officers were there? Let's start with
22 how many were there, and then we'll talk about who you spoke
23 with.
24 A. Let's see. I would say four, to my best
25 recollection.

Page 33

1  Q. And where did that conversation take place?
2  A. By the back step.
3  Q. So looking at this Exhibit 2, it would be --
4  A. I was right near the back step.
5  Q. All right. Were you standing on the back step?
6  A. No. I was on the ground.
7  Q. Okay.
8  A. Right in front of the step.
9  Q. How many steps are up to the house?
10 A. Two.
11 Q. And how many officers were you talking with?
12 A. Well, I started out with one.
13 Q. Do you remember any of the conversation?
14 A. Well, it was pretty much a one-sided conversation.
15 Q. And what was the conversation?
16 A. He asked me if I gave -- if I handed Ricky a gun.
17 Q. What did you tell him?
18 A. I said -- I went like this, I said, He never took
19 it. He never touched it. Yes, I did do that.
20 Q. And what else did you tell the officer you had
21 done?
22 A. Pretty much that was all I got to say.
23 Q. All right. During any of this conversation, was
24 there more than one officer present?
25 A. Well, yeah. They were all -- there was -- like I

9 (Pages 30 to 33)