# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARYANNE ZADROWSKI** | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:09-cv-1367 (DJS) |
| | : | |
| V. | : | TRIAL BY JURY |
| | : | |
| **TOWN OF PLAINVILLE, et al** | : | SEPTEMBER 23, 2011 |
| *Defendants* | : | |

## AFFIDAVIT OF BARBARA ZADROWSKI

Barbara Zadrowski, being duly sworn, deposes and says:

1. I am over the age of 18 and believe in the obligation of the oath.

2. I own and live in a house at 129 Shuttlemeadow Road in Plainville, Connecticut, where my son, Walter Zadrowski (Wally) lives with me.

3. On the night of October 27, 2008, my grandson, Richard Bright (Ricky), was at my house. He and Wally, his uncle, got into an argument and Ricky left the house.

4. Some time soon after this argument, my daughter Maryanne arrived at the house with her other son (my grandson) Joseph (Joey) Bright and his girlfriend.

5. Some time after this argument, several Plainville police officers arrived at my house. I was in the house at the time they arrived.

6. The officers called Wally outside. I saw one officer yelling at Wally so hard that spit was flying from his mouth. Wally spoke to the officer in a calm manner.

Page 1 of 4

7. The officers arrested Wally, who remained calm and did not struggle with the officers as they handcuffed him and led him to a police cruiser parked out of the street.

8. I went outside and asked the officer who yelled at my son what Wally had done, and where they were taking him. The officer heard my question but did not answer me.

9. One officer came up to me and said that he was going to enter my house to search for weapons. I refused him entry.

10. The officer told me that if I did not get out of the way and allow him to enter the house, I was "liable to get hurt."

11. I heard my daughter Maryanne say that she had called the officers strictly to help Ricky and bring him to the hospital, because Ricky was intoxicated and out of control.

12. Maryanne asked when they were going to take Ricky to the hospital, but the officers told her that they were going to need to search the house first.

13. Maryanne took Ricky up the driveway toward the street where the police cruisers were parked, along with two officers, who I later learned were named Sergeant Marques and Lieutenant Mullins.

14. The officers then arrested Ricky and put him in a police cruiser.

15. Maryanne walked away from the police cruisers, toward the back of the

lot of my house, and not in the direction of any police officers, and pulled out her cell phone.

16. Sergeant Marques asked Maryanne what she was doing, and Maryanne said that she was going to call her lawyer.

17. Sergeant Marques placed Maryanne in a chokehold with his large arm around her neck, the crook of his arm around her throat, and yelled "You're not f—ing calling anyone."

18. Maryanne looked like she was panicked and in pain, and gasped for me to catch her cell phone, which Sergeant Marques was trying to grab out of her hand.

19. When Maryanne gave me the cell phone, Sergeant Marques became visibly angry and choked harder on Maryanne's neck, causing her to make a strangled sound.

20. Several seconds later, Sergeant Marques released Maryanne.

21. Maryanne had not threatened any officer or acted aggressively toward them.

22. Maryanne was not approaching any officer at the time when she pulled out her cell phone and Marques choked her. Marques did not warn Maryanne or give her any orders before he choked her.

23. At the time when Marques choked Maryanne, Wally and Ricky had

Page 3 of 4

already been arrested and placed in police cruisers.

24. I saw at least two officers looking in the direction of Marques and Maryanne as Marques choked her. The officers did and said nothing to stop Marques from choking my daughter, and did not move in Marques's direction as he choked Maryanne for several seconds.

25. The officers who arrived at my house were aggressive and yelling from their first contact with my family.

*Barbara Zadrowski*
Barbara Zadrowski

**STATE OF CONNECTICUT** )
                          : SS:   HARTFORD
**COUNTY OF HARTFORD**    )

Subscribed and sworn to before me this 23rd day of September 2011.

_____
Commissioner of Superior Court
Notary Public
My Commission Expires:

BONNIE L. KINIRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES FEB. 28, 2015