UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARYANNE ZADROWSKI : | CIVIL ACTION NO. |
|     Plaintiff : | 3:09-CV-1367 (DJS) |
| VS. : | |
| TOWN OF PLAINVILLE, ET AL. : | |
|     Defendants : | DECEMBER 9, 2013 |

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

The Defendant requests the Court to ask the following questions of prospective jurors in this case:

1. Are you, or are any friends or family members associated with any police department?

2. Have you or any family members or friends, brought any complaints to the Connecticut Commission on Human Rights and Opportunities?

3. Have you or any family members or friends, been involved in a lawsuit?

4. If the answer is yes, was the lawsuit resolved to your satisfaction?

5. Have you or any family members or friends, brought a complaint or initiated an administrative action arising out of an employment situation?

6. If the answer is yes, was the issue resolved, in your opinion, in a satisfactory manner?

7. Have you or any family members or friends, been employed by a municipality?

8. Have you or any family members or friends, been employed by a police

{00747094.DOCX}

    department?

9. This case involves testimony of police officers. Would you give more or less credibility to police officers when they testify?

10. Would you give more or less credibility to a female testifying as a Plaintiff, as opposed to police officers, when they testify?

11. Do you believe that people who bring lawsuits should necessarily be awarded money just for bringing the lawsuit?

12. Have you or any family members or friends, ever been involved in any way with the Plainville Police Department?

                        THE DEFENDANT

                        BY:      */s/* Russell N. Jarem
                                Russell N. Jarem./Fed. Bar No. ct27848
                                Gordon, Muir & Foley, LLP
                                10 Columbus Boulevard
                                Hartford, CT  06016
                                Tel:(860) 525-5361
                                Fax: (860)525-4849
                                E-Mail: rjarem@gmflaw.com