## VERDICT FORM

**PLEASE READ THE INSTRUCTIONS AND ANSWER THE QUESTIONS IN SECTION I ON LIABILITY.**

**ONLY PROCEED TO ANSWER THE QUESTIONS IN SECTION II IF YOU ARE REQUIRED TO DO SO BY THE INSTRUCTIONS.**

## I.      LIABILITY

1. Do you find that Plaintiff **Maryanne Zadrowski** has proven by a preponderance of the evidence that any of the following Defendants violated his constitutional right to be free from unreasonable search and seizure?

RICHARD MARQUES                 ____ YES                    ____ NO


**If you answered "YES" to any of these questions, then you must proceed to Section II.  If you answered "NO" to all these questions, then you have found for the Defendants on liability, and you should proceed to Section III.**

## II.    DAMAGES

**Answer these questions as to the Plaintiff for whom you found any Defendant liable in Section I, above.**

**If you find in favor of the Plaintiff, but you find that the Plaintiffs' damages have no monetary value, then you must return an award of damages in some nominal or token amount, such as $10.**

### A.    COMPENSATORY DAMAGES

1. What amount of compensatory damages do you award to compensate **Maryanne Zadrowski** for the injuries proximately caused by the Defendants' unreasonable seizure?

| | |
|---|---|
| Economic Damages: | $_____ |
| Non-Economic Damages: | $_____ |
| Nominal Damages: | $_____ |

### B.    PUNITIVE DAMAGES

1. Has the Plaintiff proven by a preponderance of the evidence that the Defendant engaged in willful, malicious, or oppressive violation of the Plaintiffs' constitutional rights, or an intentional act in gross disregard of the Plaintiffs' constitutional rights, or reckless disregard as to whether that Defendant was violating the Plaintiffs' constitutional rights?

RICHARD MARQUES            ____ YES            ____ NO

2. If and only if you answered "Yes" as to any of the Defendants in Question 1. of this section, indicate the amount of punitive damages you award.

RICHARD MARQUES            $_____

**Please proceed to Section III.**

3

## III.    CONCLUSION OF DELIBERATIONS

Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided.  You should return your completed Verdict Form to the Court.

_____    _____A.M./P.M.        _____
Date        Time                        Foreperson (please sign)