**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARYANNE ZADROWSKI | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:09-CV-1367 (DJS) |
| VS. | : | |
| TOWN OF PLAINVILLE, ET AL. | : | |
| Defendants | : | DECEMBER 9, 2013 |

**DEFENDANT'S PROPOSED VERDICT FORM**

We, the jury, unanimously find the following by a preponderance of the evidence:

(1) Did Sergeant Marques intentionally commit an act, under color of state law, that violated MaryAnne Zadrowski's Fourth Amendment right not to be subjected to excessive force?

Answer: Yes \_\_\_\_\_ No \_\_\_\_\_

IF YOU ANSWERED "YES" TO PART 1, PROCEED TO PART 2. OTHERWISE, PLEASE STOP.

{00747104.DOCX}

(2) Did Sergeant Marques's act, described in Part (1) above, cause injury to MaryAnne Zadrowski?

Answer: Yes \_\_\_\_\_ No \_\_\_\_\_

IF YOU ANSWERED "YES" TO PART 2, PROCEED TO PART (3)(A), AND SKIP PART (3)(B).

IF YOU ANSWERED "NO" TO PART 2, SKIP PART 3(A) AND PROCEED TO PART 3(B).

(3)(A) Please state the amount that will fairly compensate MaryAnne Zadrowski for any injury she actually sustained as a result of Sergeant Marques's conduct.

Answer: $ _____

    (Fill in Dollar Figure)

(3)(B) Because we answered "No" to Part 3, MaryAnne Zadrowski is awarded nominal damages in the amount of $ 1.00.

IF YOU ANSWERED PART (3)(A), PROCEED TO PART 4.

IF YOU ANSWERED PART (3)(B), PLEASE STOP.

(4)(A) Did Sergeant Marques act maliciously or wantonly in violating MaryAnne Zadrowski's rights?

Answer: Yes _____ No _____

IF YOU ANSWERED "YES" TO PART (4)(A), PROCEED TO PART (4)(B). OTHERWISE, PLEASE STOP.

(4)(B) Do you award punitive damages against Sergeant Marques?

Answer: Yes _____ No _____

If yes, in what amount?

Answer: $ _____

(Fill in Dollar Figure)

SO SAY WE ALL, this ___ day of _____, 2014.

_____
Foreperson

                             THE DEFENDANT

                             BY:      /s/ Russell N. Jarem
                                     Russell N. Jarem./Fed. Bar No. ct27848
                                     Gordon, Muir & Foley, LLP
                                     10 Columbus Boulevard
                                     Hartford, CT 06016
                                     Tel:(860) 525-5361
                                     Fax: (860)525-4849
                                     E-Mail: rjarem@gmflaw.com

{00747104.DOCX}