UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARYANNE ZADROWSKI<br>*Plaintiff*<br><br>V.<br><br>TOWN OF PLAINVILLE, CHIEF DANIEL COPPINGER, in his individual and official capacity; LIEUTENANT BRIAN MULLINS, in his individual and official capacity; SERGEANT RICHARD MARQUES, in his individual and official capacity; OFFICER BRIAN CYBULSKI, in his individual and official capacity; OFFICER GREG ARVAI, in his individual and official capacity; OFFICER SHANE PHILLIPS, in his individual and official capacity; OFFICER MICHAEL BISNOV, in his individual and official capacity<br>*Defendants* | CIVIL ACTION NO.<br>3:09-cv-1367 (MRK)<br><br>TRIAL BY JURY<br><br><br><br><br><br><br><br><br><br>DECEMBER 13, 2013 |

## PARTIES' SUPPLEMENTAL JOINT TRIAL MEMORANDUM

The Parties hereby submit that they consent to trial before Magistrate Smith.

PLAINTIFF
MARYANNE ZADROWSKI
By:/s/_____
A. Paul Spinella, Esq. (CT00078)
Spinella & Associates
One Lewis Street
Hartford, CT 06103
Facsimile: 860-728-4909
Phone No.: 860-728-4900
attorneys@spinella-law.com

DEFENDANT
RICHARD MARQUES
By: /s/_____
Russell N. Jarem, Esq. (CT27848)
Gordon, Muir & Foley, LLP
10 Columbus Blvd., 3rd Floor
Hartford, CT 06106
Telephone: (860) 525-5361
Facsimile: (860) 525-4849
rjarem@gmflaw.com

{00747720.DOCX}