UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARYANNE ZADROWSKI<br>    Plaintiff | : | CIVIL ACTION NO.<br>3:09-cv-1367 (TPS) |
| v. | : | TRIAL BY JURY |
| TOWN OF PLAINVILLE, CHIEF DANIEL COPPINGER, in his individual and official capacity; LIEUTENANT BRIAN MULLINS, in his individual and official capacity; SERGEANT RICHARD MARQUES, in his individual and official capacity; OFFICER BRIAN CYBULSKI, in his individual and official capacity; OFFICER GREG ARVAI, in his individual and official capacity; OFFICER SHANE PHILLIPS, in his individual and official capacity; OFFICER MICHAEL BISNOV, in his individual and official capacity<br>    Defendants | : | DECEMBER 1, 2014 |

## STIPULATION OF DISMISSAL

The parties in the above-referenced action, pursuant to Federal Rules of Civil Procedure, request the Court dismiss this action with prejudice, and without costs to any party.

The Plaintiff,
Maryanne Zadrowski

By     /s/ A. Paul Spinella
       A. Paul Spinella
       Fed. Bar # ct00078
       Spinella & Associates
       One Lewis Street
       Hartford, CT 06103
       Tel: (860) 728-4900
       Fax: (860) 728-4900
       Email: spinella_law@yahoo.com


The Defendants,
TOWN OF PLAINVILLE,
CHIEF DANIEL COPPINGER,
LIEUTENANT BRIAN MULLINS,
SERGEANT RICHARD MARQUES,
OFFICER BRIAN CYBULSKI,
OFFICER GREG ARVAI,
OFFICER SHANE PHILLIPS,
OFFICER MICHAEL BISNOV, all in
their individual and official
capacities,

By     /s/
       Jon S. Berk, Esq.
       Gordon, Muir and Foley, LLP
       10 Columbus Boulevard
       Hartford, CT 06106
       tele:   860 525-5361
       fax:    860 525-4849
       email: jberk@gmflaw.com
       Federal Bar #: ct04239

By    /s/_____
Russell N. Jarem, Esq.
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
tele:   860 525-5361
fax:    860 525-4849
email: rjarem@gmflaw.com
Federal Bar #: ct27848